D   E   F   E   N   D   A   N   T   S

| | |
|---|---|
| Northampton County | Primecare Medical Inc |
| Ryan Keesler | Paulina Foley |
| D. Watson | Lauren Tamburino |
| Laisha Ramos | Shane P. Caffery |
| J. Rosario | Darcey L. Fritz |
| A. Rosario | Kathleen A. Mahr |
| Caleb Pinkowski | Bonnie Gleason |
| K. Davis | Iraida Candia - Romero |
| Zorilla | Melody |
| Pagani | Payton |
| S. Boyd | Ladanna |
| Robert Thoma | Nathalia |
| Michael Chlebowski | Ivy |
| Oliver La Rocco | Joan L. Kneas |
| Blake Haring | |
| Shawn Scott | |
| Thomas Herstich | |
| Jodi Ruggiero | |
| Hernandez | |
| Anthony Pier | |

By: Amy B. Kreis

Page 1 of 1

I Declare (Certify, Verify or state),
Under Penalty of Perjury that the foregoing is
true and correct.

Executed: 03/05/2025

Margret Beyreen fronis U

The papers Contained
within this application to proceed
in District Court Without Prepaying
Fees or Cost. In the United States
District Court For The Eastern District
Of Pennsylvania.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| _August Byron Kreis, IV_ | ) Case No. _____ |
| Plaintiff(s) | ) (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |
| -v- | ) |
| _see attached_ | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

# DEFENDANTS

Northampton County
Ryan Keesler
D. Watson
Laisha Ramos
J. Rosario
A. Rosario
Caleb Pinkowski
K. Davis
Zorilla
Pagani
S. Boyd
Robert Thoma
Michael Chlebowski
Oliver LaRocco
Blake Haring

Shawn Scott
Thomas Herstich
Jodi Ruggiero
Hernandez
Anthony Pier

Primecare Medical Inc,
Paulina Foley
Lauren Tamburino
Shane P. Caffery
Darcey L. Fritz
Kathleen A. Mahr
Bonnie Gleason
Iraida Candia-Romero
Melody
Payton
Ladanna
Nathalia
Ivy
Joan L. Kneas

Page 1 of 11 continued

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    *August B. Kreis IV*

All other names by which
you have been known:    *August Kreis, Byron, and Byron Kreis*

ID Number    *0005264*

Current Institution    *Northampton County Prison*

Address    *666 Walnut Street*

*Easton*          *PA*          *18042*
City                State              Zip Code

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    *Northampton County*

Job or Title (if known)    *Political Subdivision*

Shield Number

Employer    *Pennsylvania*

Address    *669 Washington Street*

*Easton*          *PA*          *18042*
City                State              Zip Code

☒ Individual capacity  ☒ Official capacity

Defendant No. 2

Name    *Ryan Keesler*

Job or Title (if known)    *Classification/administration/disciplinary*

Shield Number

Employer    *Northampton County DOC*

Address    *666 Walnut Street*

*Easton*          *PA*          *18042*
City                State              Zip Code

☒ Individual capacity  ☐ Official capacity

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _Caleb Pinkowski_

Job or Title (if known) _Corrections Officer_

Shield Number _547_

Employer _Northampton County DOC_

Address _666 Walnut Street_

_Easton_          _PA_      _18042_
City              State      Zip Code

☒ Individual capacity          ☐ Official capacity

Defendant No. 4

Name _A. Rosario_

Job or Title (if known) _Corrections Officer_

Shield Number _521_

Employer _Northampton County DOC_

Address _666 Walnut Street_

_Easton_          _PA_      _18042_
City              State      Zip Code

☒ Individual capacity          ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_1st_                    _8th._            _14th Amendments_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I. The Parties to this complaint

B. Defendants


Defendant No. 5

| | |
|---|---|
| Name | Laisha Ramos |
| Job or Title (if known) | Corrections officer |
| Shield Number | 544 |
| Employer | Northampton County DOC |
| Address | 6666 Walnut Street |
| | Easton        PA      18042 |
| | City        State      Zip Code |

☒ Individual Capacity  ☐ Official Capacity


Defendant No. 6

| | |
|---|---|
| Name | J. Rosario |
| Job or Title (if known) | Corrections officer |
| Shield Number | 332 |
| Employer | Northampton County DOC |
| Address | 6666 Walnut Street |
| | Easton        PA      18042 |
| | City        State      Zip Code |

☒ Individual Capacity  ☐ Official Capacity


Page 3 of 11 continued                    Aungust B. Kinison

I. Parties

B. Defendants

Defendant No. 7

Name — K. Davis

Job or Title (if known) — Corrections officer

Shield Number — 064

Employer — Northampton County DOC

Address — 666 Walnut Street

Easton PA 18042
City State Zip Code

☒ Individual Capacity ☐ Official Capacity

Defendant No. 8

Name — Robert Thoma

Job or Title (if known) — Corrections officer

Shield Number — 497

Employer — Northampton County DOC

Address — 666 Walnut Street

Easton PA 18042
City State Zip Code

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 continued

I. The Parties to this complaint

B. The Defendants

Defendant No. 9

Name                                    Pagani

Job or Title (if known)                 Corrections Officer

Shield Number                           523

Employer                                Northampton County DOC

Address                                 666 Walnut Street

Easton          PA          18042
city            state       zip code

☒ Individual Capacity   ☐ Official Capacity


Defendant No. 10

Name                                    Zorilla

Job or Title (if known)                 Corrections officer

Shield Number                           375

Employer                                Northampton County DOC

Address                                 666 Walnut Street

Easton          PA          18042
city            state       zip code

☒ Individual Capacity  ☐ Official Capacity


Page 3 of 11 continued

I. The Parties to this Complaint

B. The Defendants

Defendant No. 11

Name

Job or Title (if known)

Shield Number

Employer

Address

D. Watson

Corrections Officer

438

Northampton County DOC

666 Walnut Street

Easton          PA    18042
city            state  zip code

[X] Individual Capacity  [ ] official capacity

Defendant No. 12

Name

Job or Title (if known)

Shield Number

Employer

Address

S. Boyd

Corrections Officer

502

Northampton County DOC

666 Walnut Street

Easton          PA    18042
city            state  Zip Code

[X] Individual Capacity  [ ] official Capacity

Page 3 of 11 continued

I. The Parties to this complaint

B. The Defendants

Defendant No. 13

Name — Primecare Medical Inc.

Job or Title (if known) — Inmate medical Health care

Shield Number —

Employer — Corporation

Address — 3940 Locust Lane

Harrisburg    PA    17109
City         State    Zip code

☒ Individual Capacity   ☒ Official Capacity


Defendant No. 14

Name — Paulina Foley

Job or Title (if known) — PA-C

Shield Number —

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton     PA    18042
City       State  Zip code

☒ Individual Capacity   ☐ Official Capacity


Page 3 of 11 continued

August B. Knows II

I. The Parties to this Complaint

B. The Defendants

Defendant No. 15

Name _____ Shane P. Caffery

Job or title (if known) _____ Director of Nursing

Shield Number _____

Employer _____ Primecare Medical Inc.

Address _____ 666 walnut Street

Easton _____ PA _____ 18042
city            state      zip code

☒ Individual Capacity  ☐ Official Capacity

Defendant No. 16

Name _____ Lauren Tamburino

Job or Title (if known) ____ Medical Administrator

Shield Number _____

Employer _____ Primecare Medical Inc.

Address _____ 666 walnut Street

Easton _____ PA _____ 18042
city            state      zip code

☒ Individual Capacity  ☐ Official Capacity

Page 3 of 11 continued _____

I. The Parties to this Complaint

B. The Defendants

Defendant No. 17

Name — Darcey L. Fritz

Job or Title (if known) — LPN

Shield Number —

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton — PA — 18042
city — state — zip code

☒ Individual Capacity ☐ Official Capacity

Defendant No. 18

Name — Kathleen A. Maher

Job or Title (if known) — Registered Nurse

Shield Number —

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton — PA — 18042
city — state — zip code

☒ Individual Capacity ☐ Official Capacity

3 of 11 continued — August B. Krein IV

I. Parties to this Complaint
B. The Defendants

Defendant No. 19

Name — Iraida Candia-Romero

Job or Title (if known) — LPN

Shield Number

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton            PA      18042
city             state    zip code
☒ Individual Capacity ☐ Official Capacity


Defendant No. 20

Name — Bonnie Gleason

Job or Title (if known) — LPN

Shield Number

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton            PA      18042
city             SPATE    zip code
☒ Individual Capacity ☐ Official Capacity


Page 3 of 11 continued                    August B. Heine IV

I. Parties to this Complaint

B. The Defendants

Defendant No. 21

| | |
|---|---|
| Name | Melody |
| Job or Title (if Known) | Registered Nurse |
| Shield Number | |
| Employer | Primecare Medical Inc. |
| Address | 666 Walnut Street |
| | Easton          PA          18042 |
| | City          State          zip code |

☒ Individual Capacity ☐ Official Capacity

Defendant No. 22

| | |
|---|---|
| Name | Michael Chlebowski |
| Job or Title (if Known) | Corrections Lieutenant |
| Shield Number | 25 |
| Employer | Northampton County DOC |
| Address | 666 Walnut Street |
| | Easton          PA          18042 |
| | City          State          zip code |

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 continued                    August B. Khimis IV

I. Parties to this Complaint

B. The Defendants

Defendant No. 23

Name — Oliver LaRocco

Job or Title (if known) — Corrections Leiutenant

Shield Number — 38

Employer — Northampton County DOC

Address — 666 Walnut Street

Easton (city)   PA (state)   18042 (zip code)

☒ Individual Capacity ☐ Official Capacity

Defendant No. 24

Name — Blake Haring

Job or Title (if known) — Corrections Sergeant

Shield Number — 4

Employer — Northampton County DOC

Address — 666 Walnut Street

Easton (city)   PA (state)   18042 (zip code)

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 Continued

I. Parties to this Complaint

B. The Defendants

Defendant No. 25

| | |
|---|---|
| Name | Shawn Scott |
| Job or Title (if known) | Corrections Officer |
| Shield Number | 543 |
| Employer | Northampton County DOC |
| Address | 666 Walnut Street |
| | Easton PA 18042 |
| | city    state    zip code |

☒ Individual Capacity ☐ Official Capacity

Defendant No. 26

| | |
|---|---|
| Name | Thomas Herstich |
| Job or Title (if known) | Grievance Administrator |
| Shield Number | |
| Employer | Northampton County DOC |
| Address | 666 Walnut Street |
| | Easton PA 18042 |
| | city    state    zip code |

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 continued          Jurgen B. Krensw

I. Parti

B. The Defendants

Defendant No. 27

Name — Payton

Job or Title (if known) — LPN

Shield Number —

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton  PA  18042
City   State   zip code

☒ Individual Capacity ☐ Official Capacity

Defendant No. 28

Name — Ladanna

Job or Title (if known) — LPN

Shield Number —

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton  PA  18042
City   State   zip code

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 continued

I. Parties to this Complaint

B. The Defendants

Defendant No. 29

Name — Anthony Pier

Job or Title (if known) — Corrections Luitenant

Shield Number — 37

Employer — Northampton County Doc

Address — 6666 Walnut Street

Easton      PA      18042
City        State    zip code

☒ Individual Capacity  ☐ Official Capacity

Defendant No. 30

Name — Jodi Ruggiero

Job or Title (if known) — Head of the Northampton County Jail Board

Shield Number —

Employer — Northampton County DOC

Address — 6666 Walnut Street

Easton      PA      18042
City        State    zip code

☒ Individual Capacity  ☐ Official Capacity

Page 3 of 11 continued          August B Krewis IV

I, Parties
B. The Defendants

Defendant No. 31

Name — Hernandez

Job or Title (if known) — Corrections Officer

shield Number — 457

Employer — Northampton County DOC

Address — 666 Walnut Street

Easton          PA          18042
  city         state        zip code

☒ Individual Capacity  ☐ Official Capacity

Defendant No. 32

Name — Nathalia

Job or Title (if known) — LPN

shield Number —

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton          PA          18042
  city         state        zip code

☒ Individual Capacity  ☐ Official Capacity

Page 3 of 11 continued          August B. Krins w

I. Parties to this Complaint

B. The Defendants

Defendant No. 33

Name — Ivy

Job or Title (if known) — LPN

Shield Number

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton          PA          18042
 city          state        zip code

☒ Individual Capacity ☐ Official Capacity


Defendant No. 34

Name — Joan L. Kneas

Job or Title (if known) — LPN

Shield Number

Employer — Primecare Medical Inc.

Address — 666 Walnut Street

Easton          PA          18042
 city          state        zip code

☒ Individual Capacity ☐ Official Capacity


Page 3 of 11 continued          August B. Kreis IV

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached

III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☒    Other (*explain*)    Pretrial detainment 8/24/2024 – 11/7/2024 to Sentenced county inmate 11/8/2024 — filling of complaint.

IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Northampton County Prison 8/24/2024 — Filling of complaint

1. Northampton County is a Municipality/Subdivision acting under the color of the Pennsylvania State Flag.

2. Ryan Keesler is a jail Administrator for the Northampton County DOC acting under the color of the Pennsylvania state flag.

3. Caleb Pinkowski is a corrections Officer for Northamton County Prison acting under the color of the Pennsylvania state flag.

4. A. Rosario is a corrections Officer for Northampton County Prison acting under the color of the Pennsylvania state Flag.

5. Liasha Ramos is a Corrections Officer for Northampton County Prison acting under the color of the Pennsylvania State Flag.

6. J. Rosario is a Corrections Officer for Northampton County Prison acting under the color of the Pennsylvania state Flag.

7. K. Davis is a Corrections Officer for Northampton County Prison acting under the color of the Pennsylvania State Flag.

8. Robert Thoma is a corrections officer for Northampton County Prison acting under the color of the Pennsylvania State Flag.

II. Basis for Jurisdiction

D.

Page 4 of 11 continued

9. Pagan is a corrections officer for Northampton County Prison acting under the color of the Pennsylvania state flag.

10. Zorilla is a corrections officer for Northampton County Prison acting under the color of the Pennsylvania State flag.

11. D. Watson is a corrections officer for Northampton County Prison acting under the color of the Pennsylvania State flag.

12. S. Boyd is a corrections officer for Northampton County Prison acting under the color of the Pennsylvania State flag.

13. Primecare Medical Inc. is a contracted inmate health care corporation for Northampton County Prison acting under the color of the Pennsylvania state flag.

14. Paulina Foley is a Primecare Medical Inc employee acting/working under the color of the Pennsylvania state flag.

15. Shane P. Caffery is a Primecare Medical Inc employee acting/working under the color of the Pennsylvania state flag.

II. Basis for Jurisdiction

    D.

16. Lacerations under the Primecare Medical Inc. employee acting/working under the color of the Pennsylvania State Flag.

17. Darcey L. Fritz is a Primecare Medical Inc. employee acting/working under the color of the Pennsylvania State flag.

18. Kathleen A. Mahr, is a Primecare Medical Inc. employee acting/working under the color of the Pennsylvania State flag.

19. Bonnie Gleason is a Primecare Medical Inc. employee acting/working under the color of the Pennsylvania state flag.

20. Iraida Candia-Romero is a Primecare Medical Inc. employee acting/working under the color of the Pennsylvania State Flag.

21. Melody is a Primecare Medical Inc. employee acting/working under the color of the Pennsylvania State flag.

22. Michael Chlebowski is an employee of the Northam-pton County DOC acting/working under the color of the Pennsylvania State Flag.

II Basis of Claim D.

Page 4 of 11 continued                    August B. Known

23. Oliver B. _____ is a warden for the Northampton County Prison acting under the color of the Pennsylvania state flag.

24. Blake Haring is a corrections Sargeant for the Northampton County Prison acting under the color of the Pennsylvania state flag.

25. Shawn Scott is a corrections officer for the Northampton County Prison acting under the color of the Pennsylvania state flag.

26. Thomas Herstich is a grievance administrator for the Northampton County Prison acting under the color of the Pennsylvania state flag.

27. Payton is a LPN for the contracted inmate medical care company Primecare Medical Inc. acting/working under the color of the Pennsylvania state flag.

28. Ladanna is a LPN for the contracted inmate medical care company Primecare Medical Inc. acting/working under the color of the Pennsylvania state flag.

29. Anthony Pier is a Luitenant for the Northampton County Prison acting under the color of the Pennsylvania state flag.

30. Jodi Ruggiero is the Head of the Northampton County Jail Advisory Board acting under the color of the Pennsylvania state flag.

II. Basis of Jurisdiction

D.

Page 4 of 11 continued                    Margaret B. Kins W

31. Hernandez is a corrections officer for the Northampton County Prison acting under the color of the Pennsylvania state flag.

32. Nathalia is a LPN for the contracted inmate medical care company Primecare Medical Inc. acting under the color of the Pennsylvania state Flag.

33. Ivy is a LPN for the contracted inmate medical care company Primecare Medical Inc, acting under the color of the Pennsylvania state Flag.

34. Joan L. kneas is a LPN for the contracted inmate medical care company Primecare Medical Inc acting under the color of the Pennsylvania State Flag.

II. Basis of Jurisdiction

D.

Page 4 of 11 continued                    X August B. Theim

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

*See Attached*

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attached*

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe Mental Anguish, sever headaches and dizziness, light headedness, upper and lower back pain, kneck pain, pain in my right Knee, and placing my life in danger of irreversible harm. I will need to see my neurologist to get my siezures stabilized, and Mental Therapy not avaible in this Jail.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

• Punitive damages of 10,000,000,00 for violation's of my Civil Rights.

• Injunctive relief to have the Federal Court investigate the Northampton County Prison for dirty and draconian living condit-ions, lack of respect for the value of human life, and inadequed medical care.

\* In numbered order of claims

1. 8/24/2024        8:33 am
2. 9/4/2024         8:00 am
3. 9/15/2024        3:00 pm
4. 9/16/2024        11:30 am
5. 9/17/2024        1:30 pm
6. 9/18/2024        10:45 am
7. 9/24/2024        11:00 am
8. 9/25/2024        3:30 pm
9. 9/27/2024        3:35 pm
10. 9/30/2024       2:00 pm
11. 10/02/2024      5:00 pm
12. 10/03/2024      6:09 am
13. 10/03/2024      7:00 am
14. 10/03/2024      9:30 am
15. 10/03/2024      3:00 pm
16. 10/04/2024      2:00 pm


IV, Statement of claim
        C.


Page 5 of 11 continued            August B. Khris IV

| 17. | 10/06/2024 | 6:35pm |
| 18. | 10/06/2024 | 10:01pm |
| 19. | 10/07/2024 | 9:25 am |
| 20. | 10/08/2024 | 6:00 am |
| 21. | 10/08/2024 | 7:30 am |
| 22. | 10/16/2024 | 11:30 am |
| 23. | 10/18/2024 | 9:25 am |
| 24. | 10/18/2024 | 8:00 pm |
| 25. | 10/26/2024 | 6:50 pm |
| 26. | 10/27/2024 | 8:10 am |
| 27. | 10/27/2024 | 8:50 pm |
| 28. | 10/28/2024 | 9:18 pm |
| 29. | 10/31/2024 | 8:45 pm |
| 30. | 11/02/2024 | 8:09 pm |
| 31. | 11/03/2024 | 8:46 am |
| 32. | 11/03/2024 | 9:04 am |
| 33. | 11/03/2024 | 9:04 am |
| 34. | 11/13/2024 | 2:30 pm |
| 35. | 11/17/2024 | 10:15 am |
| 36. | 11/22/2024 | 7:50 pm |
| 37. | 11/29/2024 | 7:40 pm |

*IV. Statement of Claim

C.

Page 5 of 11 continued

August B. Francis IV

* In numbered order of collision

38. 12/01/2024          2:38 pm
39. 12/02/2024          2:40 pm
40. 12/04/2024          1:10 pm
41. 12/04/2024          2:05 pm
42. 12/06/2024          7:00 pm
43. 12/06/2024          9:00 pm
44. 12/07/2024.         8:00 am
45. 12/07/2024          7:10 am
46. 12/08/2024          9:00 am
47. 12/08/2024          2:45 pm
48. 12/09/2024          7:22 am
49. 12/09/2024          9:15 am
50. 12/09/2024          7:00 pm
51. 12/10/2024          3:00 pm
52. 12/10/2024          7:20 AM
53. 12/11/2024          7:23 AM
54. 12/12/2024          9:15 AM
55. 12/13/2024          8:15 AM
56. 12/13/2024          11:15 am
57. 12/13/2024          4:00 pm
58. 12/14/2024          7:30 am
59. 12/14/2024          6:50 pm
60. 12/15/2024          6:50 am

C.

Page 5 of 11 continued

\* In numbered orders of claims

| | | |
|---|---|---|
| 61. | 12/15/2024 | 9:55 am |
| 62. | 12/16/2024 | 8:00 am |
| 63. | 12/16/2024 | 6:54 pm |
| 64. | 12/17/2024 | 7:00 am |
| 65. | 12/17/2024 | 7:15 am |
| 66. | 12/17/2024 | 1:20 pm |
| 67. | 12/18/2024 | 8:00 am |
| 68. | 12/19/2024 | 7:30 am |
| 69. | 12/19/2024 | 1:00 pm |
| 70. | 12/20/2024 | 8:20 am |
| 71. | 12/21/2024 | 8:15 am |
| 72. | 12/23/2024 | 1:00 am |
| 73. | 12/24/2024 | 1:36 pm |
| 74. | 12/25/2024 | 9:53 am |
| 75 | 12/26/2024 | 7:49 am |
| 76. | 12/27/2024 | 7:48 am |
| 77. | 12/27/2024 | 6:50 pm |
| 78. | 12/27/2024 | 6:55 pm |
| 79. | 12/29/2024 | 7:05 pm |
| 80. | 12/30/2024 | 7:40 am |
| 81. | 1/1/2025 | 7:45 am |
| 82. | 1/2/2025 | 10:35 am |
| 83 | 1/3/2025 | 9:15 pm |
| 84. | 1/4/2025 | 8:15 am |
| 85. | 1/4/2025 | 1:30 pm |
| 86. | 1/4/2025 | 6:00 pm |
| 87. | 1/7/2025 | 10:00 am |

C.

Page 5 of 11 continued                    August B. Kreis IV

88. 1/8/2025          2:45 pm
89. 1/9/2025          8:09 am
90. 1/10/2025         8:13 am
91. 1/14/2025         8:35 am
92. 1/15/2025         9:45 am
93. 1/16/2025         8:40 am
94. 1/18/2025         8:25 am
95. 1/20/2025         8:08 am
96. 1/23/2025         9:30 am
97. 1/23/2025         11:30 am
98. 1/23/2025         1:15 pm
99. 1/23/2025         3:05 pm
100. 1/24/2025        8:50 am
101. 1/24/2025        11:30 am
102. 1/28/2025        7:36 am
103. 1/29/2025        8:11 am
104. 1/29/2025        7:25 pm
105. 02/02/2025       8:15 am
106. 02/04/2025       6:30 am
107. 02/04/2025       11:10 am
108. 02/05/2025       11:00 am
109. 02/6/2025        8:05 am
110. 02/08/2025       8:10 am

C.

Page 5 of 11 continued

111. 2/9/2025                    8:20 am

112. 2/10/2025                   7:55 am

113. 2/10/2025                   6:50 pm

114. 2/11/2025                   6:34 am

115. 2/11/2025                   7:25 am

116. 2/11/2025                   8:15 pm

117. 2/12/2025                   8:15 am

118. 2/12/2025                   7:15 pm

119. 2/13/2025                   8:00 am

120. 2/13/2025                   8:30 pm

121. 2/14/2025                   3:00 pm

122. 2/14/2025                   8:57 pm

123. 2/16/2025                   1:30 pm

124. 2/16/2025                   7:15 pm

125. 2/18/2025                   10:30 am

126. 2/19/2025                   8:15 pm

127. 2/20/2025                   9:05 pm

128. 2/21/2025                   8:00 am

129. 2/24/2025                   10:00 am

130. 2/26/2025                   5:15 pm

C.

Page 5 of 11 continued                    August E. Kreis IV

1. Upon _____ Prison I was not given my ONFI "Life Sustaining anti Convulsant" for control of severe epilepsy for five (5) days until the date of 8/29/2024 and then sometimes given doses of generic version, and sometimes not, up until 9/15/2024. I asked the Primecare Medical Inc. LPN's "Why am I not getting my ONFI anti convulsant?" and they stated "We don't have it." Upon my transfer to the Prison I signed a property sheet at the Bethlehem City Police Station and I personally viewed the medication being in custody with my personal property. When I was transfered by The Bethlehem City Police to Northampton County Prison the medication was given to Corrections Officer D. Watson badge # 438 and she stated to me "I gave all med-ications to Primecare staff" even though Primecare staff stated "We were never given an ONFI anti convulsant." Do to Officer D. Watson missplacing my medication after taking my property and me not getting my ONFI "Life Sustaining Anti Convulsant" at all up until the date of 8/29/2024 and then inconsistantly up until 9/15/2024 it caused a "break through" siezure on 9/15/2024 on F Tier with Correction Officer James Spaziani badge # 552 calling a "code Blue" medical emergancy and my life being placed indanger of Death, retardation or paralysis. DON Shane P. Caffery is in charge of medication and/or the pharmacy in Northampton County Prison, and distrobution of the medication by Primecare Medical Inc. in Northampton County Prison.

IV. Statement of Claim

D

Page 5 of 11 continued

**Department of Corrections Inmate Request**

Cell No. F2

Date: 9/2/2024

I specifically request: Classification: I need to make you aware that with my severe sleep apnea there is a chance of physical assault between me an another inmate being put in my cell resulting in a failure to protect.

August B. Kreis IV
Inmate Name (Print)

0005264
Inmate Perm Number

Block Officer Reply: _____

Official Use Only

_____
Officer's Name/ Badge No. (Print)

Forward to:
☐ Director    ☐ Warden    ☐ Treatment    ☐ Classification    ☐ Records    ☐ Lt.    ☐ CCF
☐ Inmate Accounts    ☐ Profess. Responsibility    ☐ Operations    ☐ Pre-trial / Probation    ☐ Pub. Def.    ☐ Med

NCP Form No. NCP – 139A



Exhibit to claim 2.

28 U.S.C. § 1746

I declare (or certify/verify, or state) under Penalty of Perjury that the forgoing is true and correct.

Executed on 9/2/2024. Margret B. Lewis IV

2. classification Administrator Ryan heesler came onto F tier threatening me with physical assault and using obscene language because, I sent a request slip to administration stating that "I refused to fight with people having my medical problems which will lead to a failure to protect." Ryan heesler stated to me on F tier infront of witness Corrections Officer Tony Hampton badge #296 "IF you ever send me another request slip like this kreis I will beat the shit out of your fucking 5' 6" tall pussy ass! You have been trying to sue us for years you bitch! How is that going for you asshole? If you ever send me any request slips or grievances about shit I will house you alone on E tier on administative Segregation you pussy! Do you want to fight? Hell I will give you my address!" Then he stormed off the tier. Officer Tony Hampton badge#296 stated "I think you should just fall back and be quite Kreis.", after Ryan Keesler left the tier. All in retaliation for me seeking my constitutionally protected right to redress in the federal court case 21-CV-2360.

IV. Statement of Claim

D.

Page 5 of 11 continued

Nargut B. Kris II

3. A "Code Blue" medical Emergency because, I had an epileptic episode due to inconsistent medication by primecare Medical Inc. even bringing my own "Life sustaining Anti convulsants" into the facility and it is DON Shane P. Caffery's responsibility to maintain the pharmacy in Northampton County Prison and distrobution of medications. Corrections Officer James Spaziani badge #552 called the "Code Blue", Responding Primecare Medical Inc. LPN Darcey L. Fritz came onto F Tier and stated "Oh GOD hreis again, whatever he is fine." Darcey told the Block Officer James Spaziani to just, "told me to check you here and there.", I was told this by Officer James Spaziani this was told to him, LPN Darcey L. Fritz told the DOC officers that there was no need to take me to medical or place me on "Medical Observation" in -which Darcey L. Fritz knows I am supposed to be on at all times pursuant to St. Lukes Neurology Associates Dr. Chad Edward Saunders M.D. Neurologist. Darcey L. Fritz was an employee during the time of my related pending lawsuit of Constitutonal Right 5:21-CV -2360 CMR. Her action in retaliation: All was caught on DOC camera

IV. Statement of Claim

D.

Page 5 of 11 continued                    August B. Kreis W

4. I                    m to speak to DON Shane P. Caffery and PA-C Paulina Foley about my epileptic episode the previous day and I explained it was because of inconsitancey of recieving medication and inconsistancy of distrobution times. Both of which are directly relat-ed to DON Shane P. Caffery's responsibility. Paulina Foley also stated "I will take care of that", but nothing changed. Pursuant to page 58 of 62 in the "Northampton County Official Handbook" it states that if times are required by phisician it will be provided. Pursuant to St. Lukes Neurology Associates Dr. Chad Edward Saunders M.D. my medications are important to be administored 12 hours apart to maintain blood levels. DON Shane P. Caffery and PA-C Paulina Foley know this because both are defendants in related Constitutionally protected Right to pending case 5:21-CV-2360 CMR and Primecare Medical Inc. in Northampton County Prison was made aware of the required conditions of contin-ued care to aviod irreversable harm. Death, paralysis, and retardation. St. Lukes Neurology Dr. Chad Edward Saunders M.D. also made it required for me to be on "Medical Observation" which F Tier is not. The actions of DON Shane P. Caffery is in retaliation of pending case 5:21-CV-2360 CMR and PA-C is in retaliat-ion of the same case and aknowledgement and acquiscense of DON Shane P. Caffery's actions and/or inactions.


IV. Statement of Claim


D.

Page 5 of 11 continued                    August B. [signature]

5. I was taken by the Northampton County sheriffs to the Fountainhill St. Lukes Hospital Campas to 701 Ostrum Street St. Lukes "Sleep medicine" to see Dr. Suneel Valla M.D. Specialist and I was told in my last "Sleep Study" I had done shortly after my release on 02/15/2023 that I had stopped breathing cutting off oxygen to my brain over 300 times in a 8 hour study due to the exacerbation of my severe OSA during the time I was in Northampton County Prison from the dates of 11/09/2020 to my release on 02/15/2023 do to inadequate medical care and deliberate indifference to my serious med-ical needs. This was the reason Dr. Chad Edward Saunders M.D. of St. Lukes Neurology Associates ordered that I should be on "Medical Observation". Primecare Medical Inc. at Northampton County Prison know's parsuant to medical file entries of my need for "Medical Observation" and my serious medical needs in general, but they are ignoring them in deliberate Indifference in result of retaliation for my constitutional right to file pending case §1983 5: 21-CV-02360 CMR.

## IV. Statement of Claim
### D.

Page 5 of 11 continued                    August B. Brown

6. I was called to the medical exam room to speak to PA-c Paulina Foley and DON shane P. Caffery about the rental of a CPAP for breathing assistance of my severe OSA and that it had to be "cleared" by the corporate office. As a result of Primecare Medical Inc. not monitoring or admonishing its employees is why the medical care at Northampton County Prison is so bad and renting a CPAP is the only thing Primecare Medical Inc./Northampton County Prison has done for my serious medical needs diagnosed by Dr. Suneel Valla M.D. of St.Lukes sleep study and St.Lukes Neurology Dr. Chad Edward Saunders M.D. both needing continued care to aviod irreversible harm, causing (SUDEP) Death, retardation, paralysis. Primecare Medical Inc. is not monitoring that the medical care in Northampton County Prison is up to standard of its own companies policies. Endanger my life and causing pain.

IV. Statement of Claim

D.

Page 5 of 11 continued

7. I spoke to Judi Ruggiero from the "Jail Advisory Board" about my "Code Blue" for an epileptic episode and giving my medication at random times or even not getting doses and how this affects my diagnosed health conditions for continued medical care to aviod irreversable harm. The Jail Board's Job is to help inmates stay safe and fix problems within the jail, but she refused to directly confirm my complaint and nothing changed. The first time I approached her she said I was giving her an attitude and told me "Get the hell away from me." Northampton County does not agnowledge anything medical even if it is life threa-tening. Corrections Officer Lanekequa Harrison badge # 553 was present.

## IV. STATEMENT OF CLAIM

### D,

Page 5 of 11 continued _____ Aungust B. Kunis IV.

8. I was sent to E tier "the Hole" by Corrections officer Laisha Ramos badge # 544 when she lied on a formal misconduct when she stated that I made the comment to her "Fuck the air you're breathing". When I was escor -ted to the medical exam room before being brought to "the Hole", so I can be "medically cleared", PA-C Paulina Foley was in the room and when asked if I was "clear", she waved her hand in arrogance that there is no "DOJ" orders that the DOC must follow and I was "clear" to be placed in "the hole". This is the first time it was acknowledged that apon my intake I was never placed on "Medical observation" and in retaliation my life was and is being put in danger by Paulina Foley and all named Primecare Medical Inc. staff as a result of the constitutionally protected Right to seek redress in the Federal court and now all medical staff in general act in retaliation to my right by inadequate medical care and placing my life in Danger of SBI/Death (SUDEP). Officer Doyle badge 202 immediately notified medical of my choking and was told "He is fine". I had to plead guilty to the misconduct because of fear of Ryan Keesler's threats and he does disciplinary hearings.

IV. Statement of Claim

   D.


Pag 5 of 11 continued

8   Continued; Primecare Medical Inc. of Northampton County Prison treating my serious medical needs with deliberate Indifferance. The serious medical needs I have were diagnosed by St. Lukes Neurologist Dr. Chad Edward Saunders M.D. requiring continued care to prevent irreversable harm of (SUDEP) Death, retardation, or paralysis and St. Lukes Sleep mediciane Dr. Suneel Valla M.D. for continued Breathing assistance.

IV. Statement of Claim
D.

9. The block officer on F tier called post 17 medical station and Corrections Officer Zorilla badge # 375 who immediately answered the phone stated "tell that shmuck he can wait!" and hung up. Five (5) minutes later post 17 officer Zorilla called back stating "That piece of shit has no medicine hear LOL." As a result of this I never got tylend for a severe headache. The officer at post 17 was on speaker phone and officer C. Pinkowski badge # 547 heard all of it.

IV. Statement of claim

D.

Page 5 of 11 continued                    X Dwight B. Junior IV

10. Correctional Officer Pagani badge # 523 Lied on a formal misconduct stating that I shoved another inmate in which I did not then stated I made a racial slur. I had no choice but to plead guilty to the misconduct before Keesler, or he would give me more time. As a result of his threats I was afraid he will do something adverse to me. I was given a CPAP machine earlier in the day with a "DOJ" order in which the DOC must follow so I was NOT clear for "The Hole" as there is no outlets there. I ended up being kept in cell F14 and just placed on "Disciplinary Segregation". Officer Pagani took everything from me, including legal work, never inventoried any of it or had me sign a property sheet. It is constitutionally protected to do legal research and as a result of who my father is acted as such. some research was lost.

IV. Statement of Claim
    D.

Page 5 of 11 continued          August G. Theis IV

11. I asked Corrections Officer A. Rosario for medical assistance for my CPAP breathing assistance Therapy for continued care of a serious medical need diagnosed by Dr. Suneel Valla M.D. from St. Lukes Sleep Medicine. I was told to "Go Away" and she refused to call medical even with a "DOJ" order with the therapy, causing me to choak while sleeping, and opening the chance for severe injury or death during sleep via nocturnal siezure causing (SUDEP) Sudden Unexpected Death In Epilepsy, Retardation, or paralysis.

IV. Statement of Claim
D

Page 5 of 11 continued

12. Corrections Officer A. Rosario turned off the power outlet to my "DOJ" ordered CPAP rendering it unusable and I woke up choaking. I explained to her that the light switch, because of the current wiring configuration, shuts off the power outlet and she stated "to bad the switch is staying in the on position." Denying me continued therapy for my serious medical needs diagnosed by Dr. Suneel Valla M.D. of St. Lukes Seep medicane. Giving me the chance of choking and sleep depervation, and (SUDEP). A "break through Siezure."

IV. Statement of Claim
D.

Page 5 of 11 continued                    August B. Kunis IV

13. Corrections Officer A. Rosario watched over Primecare Medical Inc. LPN Bonnie Gleason giving medication on F tier and when given my medication I asked LPN Bonnie Gleason "why is there no Trileptal for my epilepsy?" and she stated "we have no more." So I didn't get my life sustaining anti convulsant this morning due to DON Shane P. Caffery not ordering Trileptal and/or even Oxcarbazpine (generic), which is DON Shane P. Caffery's job to do at Northampton County Prison. As a result of his actions/inactions I recieved in adequate medical care and my life was put in danger of SBI or Death (SUDEP), all stemming from retaliation of filling my §1983 in May 2021 which is pending before the court 21-CV-2360 and was my Constitutional Right to do so.

IV. Statement of Claim
D.

Page 5 of 11 continued                    August B. Kreis IV

14. Corrections Officer A. Rosario was letting inmates come over to my cell "F14" and turn the switch and/or Power Outlet on and off, even after notifying her, denying the use of my CPAP "DOJ" cleared Treatment. She did not stop the other inmates like her Duty Calls. Care, Custody, and Control.

IV. Statement of Claim
D.

Page 5 of 11 continued.

15. I asked Corrections Officer K. Davis badge # 0164 "please turn the switch so I can use my CPAP" and I showed him the "DOJ" order so it work in the cell. Officer K. Davis stated "No one told me about it so the switch is staying on, I don't know." I was denied medical care for a serious medical need from sleep medicine even with the "DOJ" order.

IV. Statement of Claim
        D.

16. I asked Corrections Officer Caleb Tinkowske badge #547 after he turned my outlet off "please turn the outlet on so my CPAP will work so I can breath." I showed the "DOJ" order and he stated "Yeah okay. Whatever" and never turned the outlet back on denying me the use of the CPAP causing me to have to sleep and chohe. Inwhich will exacurbate my OSA and cause sleep depervation increasing the risk of a break through siezure.

IV, Statement of Claim
D.

Page 5 of 11 continued

17. Corrections Officer J. Rosario badge # 332 allowed inmates to turn the power outlet on and off for my CPAP even after alerting to it and as a result I could not use my CPAP and I was denied the use of my "DOJ" cleared therapy for severe sleep apnea.

IV. Statement of Claim
    D.

18. Corrections Officer A. Rosario Stated "because you are the inmate and I am the CO, I don't care what you are saying. The switch is staying in this position and the power outlet can stay off. I don't care you're not using your breathing thing LOL." All after I stated "Ma'am, the outlet doesn't work and supply power to help me breath with the switch in that position, can't you use your flashlight other CO's?" Even showing the "DOJ" order that the DOC is supposed to follow. As a result Corrections Officer A. Rosario stated "What? and make me work harder?" I was denied medical Therapy by CO A. Rosario for my serious medical need Diagnosed by St. Lukes Sleep Medicine Dr. Suneel Valla M.D, and as a result I had to sleep without my CPAP causing sleep depervation, choking, exacerbation, and the chance of a break through seizure.

IV. Statement of Claim
    D.

Page 5 of 11 continued          Nugent B. Keen

19. I had my disciplinary hearing with Ryan Keesler for the formal misconduct by CO Pagani. I asked Ryan Keesler to put a "keep separate" on another inmate because of threats of assault after the inmate took a request slip I wrote from the CO's desk and told everyone I was a "Rat". I also Informed Ryan Keesler about the problem with the power outlet in my cell getting shut off every time the switch is moved. I told Ryan Keesler about not getting showers and recreations 24/7 in my cell against inmate handbook policy. Ryan Keesler stated "I will have Horvath look into threats and watch it", which because he did nothing resulted in the inmate putting his hands on me, "I will have the outlet looked into by maintanace as soon as possible", but it was never fixed until 11/21/2024 by order of SGT. Jiminez to maintenance. As a result Ryan Keesler not caring about me and lieing to me, I did 15 days 24/7 in my cell and as a result of me seeking redress in the Federal court which is my constitutionally protected right he has broken the 1st 8th and 14th Amendments in retaliation. All was witnessed verbatim by Corrections Officer Robert Micklich badge # 152.

IV. Statement of Claim

D.

Page 5 of 11 continued                August B. Kuns IV

20. Corrections Officer A. Rosario was shift relief in the morning for 1st shift and on her initial head count she immediately shut off the power outlet to my "DOJ" ordered "Constant Positive Air Pressure" causing chocking and she commented "Oh well you can't use that machine thing LOL". Denying me using my Therapy for serious medical needs prescribed by St. Lukes Sleep Medicine Dr. Suneel Valla M.D. for sleep depervation, which leads to siezures, choking, and exacerbation.

IV. Statement of Claim

D.

Page 5 of 11 continued

21. I was taken on a medical run to St. Lukes Neurology by the Northampton County sheriffs. The PA-C for Dr. Chad Edward Saunders M.D. said "You must use your CPAP to lesson the chance of sleep deparvation causing break threw siezures. I will work on trying to get a new VNS magnet and it must be used during any episode. You must take your medi-cation 12 hours apart and need to be on "medical observation" because, of risk of (SUDEP). Sheriff Graner is wittness.

IV. Statement of Claim
    D.

August B. Kronis IV

22. Corrections Officer Harrison badge # 553 witness of Bonnie Gleason coming to see me cell side about me putting in multiple sick calls and me never getting called to medical for them. Bonnie Gleason stated "Kathleen A. Maher called you but, you refused to go to medical." I was never even asked and as a result of me taken Northampton County Prison's medical departm -ent to redress in the federal court which is consti -tutionally protected now the medical care staff just ignore me and my medical needs. Pending case 21-CV-2360. RN Kathleen A. Maher continues to lie.

IV. Statement of Claim

D.

August B. Kunis IV

23. I gave a Primecare Medical Inc. grievance to LPN Peyton to alert DON Shane P. Caffery, PA-C Paulina Foley, and RN Lauren Tamburino that my medications are giving me bad headaches which can easily grow into full epileptic episodes and all three medical personal have been told by my medical special -ist at st. Lukes Neurology about the needs for continued care of my serious medical needs. Dr. Chad E. Saunders M.D. has told Primecare Medical Inc via "AVS" multiple times the need for "medical observation" due to (SUDEP), the need for CPAP care, to aviod sleep deparv -ation leading to siezures, the use of my VNS implant to help control my epilepsy, 12 hour intervals for my medication, and the need for Brand Name Trileptal due to differences in generic and Brand Name. All three of these defendants listed above are in control and/or in charge of this at Northampton County Prison. Paulina Foley puts entries into your inmate care file of Primecare Medical Inc. and sets up medical runs, going over "AVS" returned by the specialist. DON Shane P. Caffery takes care of ordering medications in the Prison and the distrobution of medications. Lauren Tamburino is the Medical Administra -tor to over see the proper inmate care in the Prison. All information is already known for my medical care in my Primecare Medical File "August Byron Kreis 2419-6383" but, as a result of me doing the constitutionally protected right to redress in the federal court pending case 21-CV-2360 now they don't care, ignoring me giving me iadequate care and placing my life in danger of SBI/Death.

* IV. Statement of Claim
   *        D.

Page 5 of 11 continued.                    August B. Kreis IV

24. Evening medication was given by RN Lauren Tamburino Medical Administrator. My Neurology specialist has informed Primecare Medical Inc. via "AVS" that my medication is time released and not to be crushed. This information is in my medical File but, despite this my medication was all crushed. Out of retaliation for the fact I went to the constitution-ally protected right of redress in the Federal court now my medical needs are ignored and I am lied to and given inadequate medical care for Filling 21-CV-2360. Deliberate Indifference to my serious medical Needs. Diagnosed by Dr. Chad Edward Saunders M.D of St. Lukes Neurology for sever Epi-lepsy

IV. Statement of Claim

D.

Page 5 of 11 continued

25. Corrections Officer Brittaney Dewalt badge #443 escorted Primecare Medical LPN Darcey Fritz and generic Trileptal was still being given. DON Shane P. Caffery told me weeks ago that he just had to reorder it. Against the specialist's recommendations for continued care of serious medical needs. All of Dr. Chad Edward Saunder's orders from St. lukes Neurology are in my inmate care file "2419-6383" Those orders threw "AVS" are just being ignored in retaliation for going to the constitutionally protected Right of redress in the Federal Court 21-CV-2360, my life now being belittled and placed in danger of SBI/Death by inadequate medical Care and deliberate indifferance.

IV. Statement of Claim
     D.

Page 5 of 11 continued

26. Corrections Officer Kayla Hernandes badge # 457 watched distrobution of morning medication on F ther and the entire specialist requirments for continued care of my serious medical needs is being ignored by DON Shane P. Caffery, PA-C Paulina Foley, and Medical Administrator Lauren Tamburino by generic Trileptal being still given when it is already in "August Byron Kreis 2419-6383", "to give broad name only", "medical observation", "CPAP use", "VNS use". My life is being put in danger of (SUDEP) and/or SBI/Death for money saving and retaliation for bringing lawsuit in the Federal court which is constitutionally protected. Pending case 21-CV-2360.

IV. Statement of Claim
D.

Page 5 of 11 continued                    August B. Kreis IV

27. Corrections Officer Brittaney Dewalt badge # 443 called medical post 17 for tylenol for a severe headache, from medications being given, and corrections officer Liasha Ramos badge # 544 answered and denied me medical care stating "that asshole can wait till 3rd shift" causing me to suffer a painfull pointless severe headache.

IV. Statement of Claim
    D.

Page 5 of 11 continued                    August B. Krews IV

28. Corrections Officer Zayas badge # 326 stated
"I just called medical and they told me they are short
staffed and they are still working on the diabetics
so they will come when they are done." Medication
did not get brought till after 10:00 pm due to inadequa
-te medical care. DON Shane P. Caffery is director
over the LPNs and RNs, and Lauren Tamburino over
sees all of medical and both defendants failure to do what
they are paid to, results in no structure to medical care.
Above mentioned defendants just aknowledge and acquicance medical
staff's inappropriate actions. Leading to my civil Rights violations

IV. Statement of Claim
             D.

Amount B. Kins IV

29, Primecare Medical Inc, LPN Ivy brought evening medication with Corrections Officer Spaziani badge #552. It was confirmed for the second time that being on F Tier where Ryan Keesler placed me despite Dr. Chad Edward Saunders, of St. Lukes Neurology, order to be on "Medical Observation" as a result of risk of (SUDEP) was not followed because, PA-C Paulina Foley nor DON Shane P. Caffery placed me on "Medical Observation" as of my intake. LPN Ivy stated "E Tier "the Hole" nor F Tier are "Medical Observation." "You would be on H Tier or in the MHU "Medical Housing Unit" near medical." All above named defendants; Ryan Keesler, Paulina Foley, Shane P. Caffery are doing this to me in retaliation for seeking redress in the Federal Court, Constitutionally protected and now my life is being placed in danger of my serious medical needs by deliberate indifference as a result of pending case 21-CV-2360.

## IV. Statement of Claim

### D,

Page 5 of 11 continued                    X August B. Trevor

30. Corrections Officer J. Rosario badge #332 escorted LPN Ivy to deliver medication and I was given 2 generic 300mg Dark oblong Trileptal pills to substitute my brand name 600mg Trileptal pill. I stated "What is this?" LPN Ivy stated "We have no more of the 600 mg pills, they were not ordered." DON Shane P. Caffrey is in charge of medication ordering and he does not do his job totaling inadequate medical care, in retaliation of pending civil Rights suit 21-CV-2360 §1983.

IV. Statement of Claim
        D.

Page 5 of 11 continued                    August B. King iv

31. Corrections Officer Robert Thoma badge # 497 refused to sign a request slip to the Lieutenant for an NCP-167 initial grievance. He stated "I want to know why you need it or I am not signing it because, it may not be grievable." Then He commented "I will send you to the hole if it is bullshit". I am putting in a 1st amendment protected speech of an inmate but, now I need to be in fear of retaliation by Officer Thoma and Ryan Keesler.

IV. Statement of Claim
D.

Page 5 of 11 continued.   August B. Keins IV

32. Corrections Officer Robert Thoma badge # 497 escorted Primecare Medical LPN Joan L. Kneas and while recieving my medication I asked "Is this brand name Trileptal?" LPN Joan L. Kneas stated "No it is not, I was looking for it but, we dont have it. Are they not giving it to you any more? This place is bad!" DON Shane P. Caffeey is in charge of reordering medication and PA-C Paulina Foley enters orders into my file and Lauren Tamburino over sees all medical staff stationed at Northampton County Prison and all three named defendant's actions of not ordering the right medication, keeping it in stock, enforcing its need and giving proper "DOJ" orders for "medical observation" and making sure I get adequate medical care is placing my life in danger of SBI/Death do to (SUDEP) and it was confirmed by Primecare's own staff that they lie to me. These actions can also be attributed to me seeking my constitutionally protected right to redress in the Federal court. pending case 21-CV-2360. A Primecare staff member's knowing of a patient being abused but not doing anything is against

IV. Statement of Claim
        D.

Page 5 of 11 continued

32 continued... PrimeCare Medical Inc's official policy made by corporate of verbatim "Any staff member who suspects potential abuse of a patient has the responsib -ity to contact the appropriate authorities, to include the PCM Corporate Office via the chain-of-command." This corrections facility of Northampton County is completely deviod of following the stated policy of PCM and I have told "ALL" levels of control/supervision/monitoring that I absolutely can and it is just ignored, achnowledged, and acquiescenced placing my life in danger due to inadequat medical care, deliberate indifference to my serious medical needs diagnosed by Dr. Chad Edward Saunders M.D. of St. Lukes Nearology Associates and retaliation of pending case 21-CV-2360 CMR. Violating my 1st, 8th, and 14th Ament Rights,

IV. Statement of Claim

D.

Page 5 of 11 continued              Vincent B. Krew

33. Primecare Medical Inc. has the policy establi-shed by corporate upon the "receiving screening" at Northampton County Prison to verbatim "It is the respons-ibility of Nurse and or the medical assistant completing the receiving screening to verify medications with the pharm-acy or outside provider. This is documented on the medication Verification form in CorEMR." "It is the responsibility of the nurse reviewing the screening to obtain orders from a provider for verified medications, and to ensure that all aspects of the receiving scr-eening are complete and that key issues have been addressed. Verbal orders that are obtained from PCM providers are documented on a verbal order form in CorEMR" Upon intake Primecare Medical Inc. uses the above mentioned Corporate Policies, but upon verification they do not verify if an alternative which is lesser in price is a less efficacious tre-atment to your serious medical needs. These above ment-ioned corporate policies combined with the fact Primecare Medical Inc. has a policy of corporate as well to opt for a treatment that is lesser in price as can be seen by Primecare Medical Inc. corporate Policy verbatim "Patients entering the facility on persciption

IV. Statement of Claim

D.

Page 5 of 11 continued

33 continued... medications and if chronically indicated, the medication is continued or an acceptable alternative is prescribed." In reference to claim 6 that the CPAP had to be "Cleared" by corporate, this is because anything over the lesser alternative has to be "cleared" by the policy of corporate before being administered and as a result once the medication I came into Northampton County Prison with was used up, I was only given generic alternativess for a month and a half to two months until Corporate "Cleared" the ordering of the correctly prescribed "Life sustaining anti convulsants." Which caused "break through seizures" and put my life in danger of (SUDEP) Death, retardation, or paralysis in deliberate indifference to my serious medical needs diagnosed by St. Lukes Neurology Associates and continued care by Dr. Chad Edward Saunders M.D. "Neurologist" to aviod irreversable harm. All of claim 33 directly violating Plaintiffs 1st, 8th, and 14th Amendment Rights. 1st amendment do to retaliation for pending case 21-CV-2360 CMR, to constitutionaly protected Right to seek redress in the Federal Court §1983.

IV. Statement of Claim
D.

Page 5 of 11 continued                    August B. Kravis

34. DON Shane P. Caffery came to see me cell side and stated " Can we talk about your medica -tion?" and they then he stated "Ummmm next week we will have your medication sorted out to be name brand specific." then he proceeded to say " How about tomorrow I will call you down to talk to you." The next day he never called me to medical. This whole conversation was witnessed by Officer Colva badge # 534. DON Caffery had shown that he knows of his actions of not ordering his responsibility to brand name Trileptal for my serious medical needs, and adequate medical care while in custody. I sought redress in the Federal court as performing my constitutionally protected right, pending case 21-CV-2360, and now I am not recieving adequate medical care or the proper care for long term chronic care to a serious medical need which is leading to retaliation and deliberate indifference.

Dr. Chad Edwards Saunders M.D. St. Lukes Neurology "Med Obs" "Brand name medication"

## IV. Statement of Claim

### D.

Page 5 of 11 continued                    ᴬ ungut B. Chris w

35. I _____ thereason badge
# 553 that I had a nocturnal Siezure and LPN Iraida
Candia - Romero was sent to F14 to take my base
vitals. At 11:30am, while waiting for my "provider"
to reply it progressed into a full epileptic episode
and corrections Officer; officer Harrison badge #553
called a "Code Blue" medical emergancy. I was taken
via "striker chair" by corrections officer Tony Hampton
badge #296 to the main medical, exam room. Med.
Adm. Lauren Tamburino commented "I wrote a
(DOJ) order that he is to be placed on (medical Observation)".
I was brought to cell H17 to be on a medical
observation block, as a result of all 5 beds in
the "medical Housing unit MHU" being full. I was
eventually brought my belongings by C.E.R.T. Officer
Anderson. Anderson later returned and stated "I have
never heard anything like this, but pursuant to
primecare Medical we are to put you back on F
tier in cell F/4." Once back on F Tier I had
Corrections officers personally check and witness that the
"OMS" (offenders Management System) stated verbatim "11/17/24
·reason for assignment →·Med OBS on F tier per primecare·
·entered by Spikes, Donell." I was in H17 trully on Medical
Observation for a total of 2 hrs and 49 min.

IV. Statement of Claim

D.

Page 5 of 11 continued                    August C. Krois IV

Claim 36 continued. Witnessed by Corrections officers Brittany Dewalt badge # 443 and Corrections Officer James Spaziani badge # 552 who both checked the "OMS" system for housing and/or DOJ orders for medical Oberservation. Medical Observation was placed in the computer, but I wasn't physically placed on it. Defendant DON Shane P. Caffery later at 4:45pm came to F tier giving me a "DOJ" ordering that "must have a power outlet." I'm recieving inadequate medical care and deliberate indifference to a serious medical need placing my life in danger of SBI or Death (SUDEP) as a result of my §1983 Filed as Constitutionally protected Right in May 2021. Some defendants in this complaints are defendants in pending case 21-CV-2360. DON Shane P. Cafferey also entered a detainer into the "OMS" sytem on me and he IS NOT Law enforcement, BUT he is a defendant in BOTH complaints.

IV, Statement of Claim
    D,

— Under Penalty of Perjury

Page 5 of 11 continued                Amiqut B. Krews

36, Corrections Officer Georgallis badge # 524 came onto the block and asked "Is Kreis supposed to be breathing like that?" and Corrections Officer S Boyd badge # 502 stated "I don't know, and I don't give a crap. I'm reading my book". All was told to me by Officer Georgallis badge #524. This showing deliberate Indifference to not give medical care when It is even recongnized by non medical staff but, Officer S. Boyd denied to give medical care. This situation also shows that F tier is not an observation block, the Corrections do not care. My "DOJ" order for a CPAP is on the block to notify any officer working of my serious medical needs and It is in my "OMS" File I am to be on "Medical observation" /

IV. Statement of Claim

D.

August B. Kreis IV

37, LPN Joan L. Knaes brought medication and I was given 2 generic 300mg Trileptal pills. I stated "What is going on with my meds Jodi?" and she stated "I don't know Kreis, they are not ording it anymore." I also gave LPN Joan L. Knaes a Primecare grievance to take me to my specialist Neurologist after my "Code Blue" on 11/17/2024. But it was denied by paulina Foley as "Not Necessary". With deliberate Indifferance to my serious medical Need diagnosed by Dr. Chad Edward Saunders M.D of St. Luke's Neurology needing continued care inwhich defendant Paulina Foley is well aware of. Violating my Rights.

IV. Statement of Claim

D.

38. I was taken via "Striker chair" to the medical exam room when K. Davis badge # 549 called a "Code Blue" medical emergency, because I walked out of my cell when count cleared and immediately went into an epileptic episode by the officer's station by gripping the cart next to the podium and falling over to my right towards the ground. Another inmate caught me from slamming my head into the ground, before the CERT team and medical arrived on F Tier. Once in medical LPN Joan L. Kness took my base line vitals and I was not monitored after the episode. CERT member Officer Cruz helped me walk back to F Tier once I could. Corrections Officer K. Davis badge # 549 did a full situational report and the "Code Blue" should all be on DOC camera recording. As a result of the Primecare Medical Defendants giving the wrong medications and not being on "Medical Observation" pursuant to St. Lukes Neurology Dr. Chad E. Saunders MD orders for care of a chronic serious medical need out of inadequate medical care, deliberate indifferance, and retaliation of my constitutionally protected Right to seek relief in the Federal Court for my prisoner Rights in 2021, 21-CV-2360, now my life is being placed in danger of SBI or Death, (SUDEP), "Sudden Unexpected Death in Epilepsy". I have had several "Code Blue" medical Emergencies and all that is done is take my "Base line" vitals and place me back in my cell not being observed for atleast 24 hours to make sure there is no following "break threw" siezures (Epileptices), which will lead to death.

IV. Statement of Claim
        D.

Page 5 of 11 continued                    X August B. Prins IV

39, I was escorted to the medical care room
to speak with defendant PA-C Paulina Foley
about the "Code Blue" medical Emergency called
the previous day due to inadequate medical care
because the medical care company Primecare and
their workers in Northampton County Prison do not
do their contracted jobs and Northampton County
refuses to take responsibility for Medical actions and
for inactions by stating "insurance" covers
everything. Federal case law has already stated
that, "just because a facility contracts out its
medical inmate services to a third party that doesn't
relieve the state of its responsibility to provide
adequate medical care to those it wants to hold
in custody." I am still NOT being given the
correct medication for severe epilepsy control and in only
one siezure I can die. The way this jail is
treating me is in retaliation of me doing my
constitutional Right of seeking relief in the Federal
court for conditions in 2021 in the pending
lawsuit of the Eastern District of Pennslyvania
21-CV-2360 Hon, Cynthia M, Rufe, J.
I am afraid for my life.

IV, Statement of Claim
    D,

Page 5 of 11 continued                    August L. _____

40. First shift Corrections Officer Williams badge # 546 was on the block when DON Shane P. Caffery came to see me cell side and brought me one of my two VNS implant magnets and I stated " Can you please place the other one some where ALL medical staff can access it in an emergancy." DON Shane P. Cafferery stated " I will put it in the pharmacy for access if needed."

IV. Statement of Clain
        D.

Page 5 of 11 continued

41. My first NCP-167 grievance "GRS" was given to me by block officer Spaziani badge # 552 diligently filed at 9:30 pm and placed in the grievance box on the housing unit for the "GRS" system.

IV. Statement of Claim

D.

Page 5 of 11 continued

42. LPN Ivy wittnessed by Officer Spaziani Sagde # 552 distibated evening medication and I was given the correct Trileptal inscribed TF/TF on both ends of one side and oblong light yellowish Pink. As a result of inadequate medical care and retaliation of filing previous §1983 I experianced multiple siezures in my disability of Epilepsy of serious medical needs. Inwhich you can DIE from one siezure. I was given the correct Trileptal finally but, the Vimpat Was generic Lacosomide.

IV. Statement of Claim
       D.

Vincent B. Kreis IV

43. This claim is in refurance to claim number 42's actions of finally recieving a different medication other than the Generic Trileptal also known as Oxcarbazepine. This claim is also in refurance to claim 33 and the policy and custom of Primecare Medical Inc, using generic medication to save money. "Corporate" has to finally approve of the use of a life sustaining medication inwhich is already known to be known by Primecare Medical Inc, as a necessity to sustain my life. This information is ALL in my medical chart, but is retaliation as a result of pending §1983 21-CV-2360.

IV. Statement of Claim

D.

44.   Medical Inc. owned and operated by Primecare Medical Inc. LPN Irada while Correction Officer LaFragola was breaking F tier's block officer. I was given a dark yellow oblong pill inscribed with the numbers 139 and the letter G on the other side. This is the generic form of Trileptal also known as Oxcarbazepine. I asked LPN Irada " Did you have to just pour all these pills?" LPN Irada stated "Yes". Primecare Medical Inc. at Northampton County Prison is incompetent and I do not understand what the medical care people at this facility don't understand that you can NOT go medication to medication and not think that there will be no negative result. Putting my life in Danger of SBI or Death. My neurologist has told these people so many times of how the Continued care of my serious medical needs. Dr. Chad Edward Saunders M.D. of St. Lukes Neurology has told them/Primecare (SUDEP), putting my life in danger as a result of severely inadequate medical care as a result of poor administration and retaliation as a result of my First §1983 filed in 2021 and served in 2023 which is my constitutionally protected Right.

IV. Statement of Claim

D.

45. LPN Joan L. Kneas delivered medication with Corrections Officer Spaziani badge # 552 on F tier. The medication delivered was poured by LPN Darcey L. Fritz of primecare medical Inc, and I was given a generic 600 mg Trileptal Pill and a generic 150 mg Trileptal pill. I was told by LPN Joan L. Kneas that my neurology specialist upped my Trileptal dose from 600mg to 750mg because of the siezures "Code Blue" medical emergancys that I have had, but I will testify and declare that these inmate medical care professionals do NOT tell the specialist that as a result of THEIR actions/inactions is why I have had siezures. I have a PA state DL. 28-292-711 and on the street in society I am fine to control my serious medical needs, then in here, they put my life in danger of SBI or Death, I am recieving inadequate medical care as a result of filing my $1983 in May of 2021 on this facility.

IV. Statement of Claim
      D.

Page 5 of 11 continued                    August B. Khris iv

46. DON Shane P. Caffery came onto F tier to distribute morning medication, and I spoke to him about the incodent that occured the evening before. I explained to him how LPN Darcey L. Fritz of Primecare Medical Inc., gave me, through pouring the medi-cation, the wrong medication for my chronic epilepsy and the jail has been told via "AVS" Communication and phone calls numerous times how serious my medical needs are and the specialists recommendations for them to treat my serious medical needs. They were told that I am at risk of the medical term (SUDEP) meaning "Sudden Unexpected Death in Epilepsy". Meaning, in ONE siezure I could Die. This conversation was all heard by Corrections Officer Feri's badge # 457. DON Shane P. Caffery acknowledged the indoducie of the medical care by stating "Not that that is any excuse for what she did".

IV. Staitment of Claim
D.

Page 5 of 11 Continued                    August B. Hinson

46 continued. I was diagnosed with epilepsy at 13 years old by St. Lukes Neurology and they have been taking care of me since. A total of 24 years. ALL records are with their office. My current Neurology Specialist Dr. Chad E. Saunders M.D. has explained ALL needs for my medical needs so I don't lose my life in this facility, but motivated by spite and retaliation of me filing my §1983 in the year 2021 21-CU-2360, this medical care company in Northampton County Prison is choosing to do actions that put my life in danger of SBI or Death. DON Shane P. Caffery acknowledged and acquicanced the actions of LPN Darcey L. Fritz because it happened more.


## IV. Statement of Claim

### D.


Page 5 of 11 Continued

47, LPN Darcey L. Fritz came onto F tier and threw a Primecare Medical Inc. grievance at me stating "Here is another fucking grievance so you can write me up again fucking asshole." In front of Corrections Officer Spaziani badge #552. LPN Darcey L. Fritz is completely disrepectful and out of control doing what she wants not monitored by RN Lauren Tamburino or DON Shane P. Caffery. She does not get monitored nor admonished by the corporation of Primecare and she has put my life in danger of SBI or death multiple times because of retaliation and spite of my pending §1983 21-CV-2360, her dislike of me as an inmate and carelessness to the value of human life.


IV. Statement of claim
        D.


Page 5 of 11 continued

48. CPN Donnie Emerson delivered morning medication with Corrections Officer Harrison badge # 553 escorting and out of retaliation for me filing a 42 USC §1983 in 2021 pending 21-CV-2360, giving me inadequate medical care out of spite. St. Luke's Neurology Dr. Chad E. Saunders M.D. has told them proper continued care of a chronic serious medical need that St. Lukes Neurology diagnosed. I was given generic medication and Primecare Medical Inc. at Northampton County Prison has been told exactly what care is needed to aviod SBI or Death, but the DON Shane P. Caffery is incharge of ordering medications continues to ignore my neurologist recommendations placing my life in danger of SBI or Death, and Lauren Tamburino is the Med. Administrator who is supposed to enforce structure to medical care as a whole. In result of all listed defendants together not doing their jobs my life is being put in danger of SBI or Death.

IV. Statement of Claim

D.

Page 5 of 11 continued

49. Classification specialist Martin Sylvan came to speak to me on F tier about the grievance I placed on the 4th of December 2024 about the actions of Ryan Keesler threatening to assault me and put me on E Tier in "The Hole" on administrative segregation if I put in any request slips or grievances also asking "so you have been trying to sue us for years asshole, how is that working for you?" As a result of me not opting to place myself "PC" in "The Hole", the grievance "GRS" was denied even to appeal and I assume they are able to threaten your life.

IV. Statement of Claim

    D.

50, I was given generic medication against the care for diagnosis for a chronic special medical need that, improper care will lead to SBI or Death. St. Lukes Neurology diagnosed my serious medical need at 13 years old and only one seizure can kill me or leave me permanently brain dead. Dr. Chad E. Saunders M.D. has communicated with Northampton County Prison's medical care by Primecare Medical Inc., but they do NOT follow it. Don Shane P. Caffery does not keep my life sustaining anti convulsant in stock and/or order brand name as required as continued care required and Lauren Tamburino does not enforce proper medical care within the Jail. Which lets Primecare save money using generic medications. All defendants listed are in my §1983 that was filed in May 2021. 21-CV-2360 inwhich causes these actions of retaliation and inadequate medical care. I tell the supervisors over and over, they acknowledge and acquiescence.

IV. Statement of Claim

D.

Page 5 of 11 continued

51. It was discovered by mother in Myrtle Beach, SC, a retired RN of over 36 years and through Corrections Officer Spaziano badge # 552 searching the internet that the 600mg Trileptal pill and the newly prescribed 150mg Trileptal pill are generic oxcarbazepine. The 600mg pill yellow inscribed "139" reverse side "G" and the 150mg inscribed "137" reverse side "G" are made by a company called Glenmark Generics Inc. 750 Corporate Drive Mahwah, NJ 07430 "corporate number (201) 684-8000". I have also been given another generic form of Trileptal 150mg, small orange inscribed B2/98, which was confirmed generic by my mother RN of over 36 years. Primecare Medical is continuing to violate my Rights of adequate medical care even though my Neurologist from St. Lukes Neurology, Specialist Dr. Chad E. Saunders M.D. made it clear to primecare medical Inc. This time

IV. Statement of Claim

D.

Page 5 of 11 continued                Vincent B. Kreису

51 continued. I have been incarcurated and last time I was incarcurated when filing my pending §1983 Civil Action No. 21-CV-236(X), that it MUST be brand name Trileptal for multiple reasons for continued care of my serious medical needs. The actions of the named medical defendants of; retaliation because, of my pending §1983 upon primecare defendants and inadequate medical care as a result of DON Shane P. Caffery not monitoring the medication being dispensed by the LPNs or his lack of ordering the correct medication which is his responsibility, and lastly DON Shane P. Caffery does NOT monitor that the PROPER pills are filled and dispensed by the LPN and/or RN staff and complaints to him as the Director of Nursing have been ignored and the LPNs & RNs continue to be inproper placing me at risk of SUDEP, S.BI or Death. Lauren Tamburino defendant to the Primecare Medical Inc. company is the Medical Administrator who goes over grievances and she has been told of the medical care workers actions, but she continues to allow it to happen. inquicerked

IV. Statement of Claim
     D,

Page 5 of 11 continued                    August B. Kreis IV

52. Corrections Officer Jackson monitored morning medication distrobution by LPN Bonnie Gleason and "All" medication was generic against Neurology specialists recommened instructions for continued care of my chronic severe epilepsy. Paulina Foley has been told via "AVS" and phone/fax communication with my provider that treatment is necessary for my serious medical need and what that treatment is. I have also brought it to the medical staff at Northampton County Prison that I am not getting the correct treatment necessary and they continue to deny, and that prescribed treatment is not given. These actions are known to Shane P. Caffery the Director of Nursing who is in charge of the distrobution of my life sustaining medication and the LPNs directly. Medical Administrator Lauren Tamburino who is responsible for going over grievances and to Keep

IV. Statement of Claim

D.

Page 5 of 11 continued

52 continued. stucture to the medical care of all inmates of this facility, but she continues to ignore my requests and continues to allow all medical staff to not give me proper care which puts my life in danger of S.B.I or Death by (SUDEP). LPN Bonnie Gleason did not give me proper care known by medical by Dr. Chad E. Saunders M.D. not just by her own chioce and no care about the proper care known to staff, but I also brought a Title 42 USC § 1983 against this facility and inadequate medical care in May 2021. Pending case 21-CV-03 -60 Cynthia M. Rufe, J. Bringing retaliation.

## IV. Statement of Claim
### D.

53.  LPN Bonnie Gleason gave the morning medication which was the wrong medication against specialist/provider continued care and/or therapy again - Purposely denying necessary treat-ment for no reason besides inadequent medical care due to not caring because of my $1983 in May 2021 pending 20-CV-2360, and all named defendants were here in the facility at the time of that $1983 and also the allowal of the inmate medical care to act in this way even after being made aware of the danger it posses to my life and the pain it causes. Telling the DON Shane P. Caffery and Medical Admin. Lauren Tamburino.

IV. Statement of Claim

D.

54.   LPN Irada Canaia - Romero dispensed medication, with Corrections officer Jackson watching and despite doing 2½ years in this facility 11/9/2020 — 02/15/2023 and asking numerous times about the needs for continued care the above named defendant still put my life in danger of SBI or Death by (SUDEP), because of the wrong treatment being given. Epilepsy is very delicate and dangerous, but despite the knowledge of this by Primecare Medical Inc at Northampton County Prison told by my specialist/provider Dr. Chad E. Saunders of St. Lukes Neurology LPN Irada continues to ignore and deny proper treatment, Giving me the wrong Trileptal and Vimpat.

IV. Statement of Claim
        D.

55. Corrections Officer Harrison badge # 883 monitored morning medication distrobution and defendant LPN Irada Candia - Romero continues to deny me proper prescribed treatment for my chronic serious medical needs by not giving me the correct medication prescribed by my specialist and/or prescriber Dr. Chad E. Saunders M.D by St. Lukes Neurology. I have made defendant Med Administrator Lauren Tambirino known asking for the correct care numerous times by grievance and DON Shane P. Caffery but it is denied to me. I have been recieving inadequate medical care since intake of 8/24/2024 after my first §1983 in the Federal court in May of 2021. Pending case 21-CV-2360. Multiple medical defents named in this complaint are in that complaint as well. The defendants actions are acknowledged and acquisenced.

IV. Statement of Claim
   D.

20.    USC § 1746

I Declare (or certify, verify, or state) under
Penalty of Perjury that the foregoing
is true and correct. Executed on 12/18/2024

August B. Luis IV

. Letter to the Director Of Corrections about
. medical conditions on F tier and PREA.

Claim 56    exhibit A

Inmate Rodger Keretz was just taken off this block, because of MRSA on his face and went from F tier to H13 to be placed on "medical Isolation". Rodger Keretz told Primecare Medical Inc, numerous times about the infection on his face and all they stated is (it was a pimple) until NO LONGER could they under staffed and trained medical in this facility could deny it. Inmate Rolland Hammell that I called PREA on and nothing was done is now going around rubbing the "scabs" and "pimples", which is exactly what Primecare Medical Inc, told Rodger Keretz he had, and he is touching everthing on this block. This is placing my life and Everyone elses in danger here. As I said, Nothing was done about

RREA being ignored is one thing now guidelines of the CDC also being ignored is crazy. Please enforce guidelines for safety. LPN Bonnie Gleason of Primecare Medical Inc. just looked at his neck and stated "it is closed scabs". Then she walked out and stated "Oh my God What the F*ck ever." I will say this is <u>All</u> recorded. All of our lifes are being put in danger. 1:15pm I'm writing this. Lt. Michael Chiebroski said he never was told of anything of me calling PREA on 12/13/2024 app. 11:15 am.

Respectfully,

August B. [signature]

CC.    *Page 2 of 2

56. I called PREA about the inappropriate actions of another inmate touching me and comments made to another younger county inmate by the same inmate that had touched me previously. The inmate stated "Is there anyone else to Fuck besides this one little boy here?" The Northampton County Prison shift supervisors that were here at the time were Lt. Michael Chiebrowski, Lt. Oliver Larocco, and SGT. Brad Nicholas. Nothing was done about the request slip I placed or the PREA phone call on the other inmate and this is do to retaliation by Northampton County Prison being brought to the Federal Court to seek redress for prison conditions by following my constitution right to file a Title 42 USC §1983 violation of Constitutional Rights. Filed with the clerk's office May 2021. pending case 21-CV-2360.

IV. Staitment of Claim

D.

Page 5 of 11 Continued

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: August B. Kreis IV        Date: 12/13/2024

Date of Birth: 02/01/1988        Location: F14

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

I requested medical assistance to CO James
Spaziani badge 552 and when he called for me
prior inmate # 00156677 LPN Darcey L. Fritz
stated "We cant stop a siezure so if he has one
just call a Code Blue." Paying no attention to what

**Solution Requested:**

the CO said about me using my VNS magnet and a
severe headache and all was asked for was
Tylenol. The comment about not able to do anything is not
entirely true, please give proper medication and continued care.

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance,
contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
### *DO NOT WRITE BELOW THIS LINE*
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: 1/13/25

**RESPONSE:** Tylenol is not provided on an emergent basis. _____
_____
_____
_____

Health Services Administrator: L. Tamburi RN HSA

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections        _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical        Yellow Page: DOC        Pink Page: Inmate's Receipt

# PRIMECARE

## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _August B. Kreis IV_     Date: _12/13/2024_

Date of Birth: _02/01/1988_     Location: _F14_

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

I requested medical assistance to CO James Spaziani badge 552 and when he called for me prior inmate # 00156777 LPN Darcey L. Fritz stated "We cant stop a siezure so if he has one just call a Code Blue" Paying no attention to what

**Solution Requested:**

the CO said about me using my VNS magnet and a severe headache and all was asked for was Tylenol. The comment about not able to do anything is not entirely true, please give proper medication and continued care.

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### SOLUTIONS/RECOMMENDATIONS

Date Received: _____     Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections     _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

57. I asked to the block officer James Spaziani badge #552 and had him call medical, because I had a severe headache and I had to swipe my VNS magnet once and was in severe pain. It felt to be an aura to an epileptic episode. When the F tier officer called medical LPN Darcey L. Fritz stated "We can't do anything to stop a siezure to bad, if he goes into a siezure call a code Blue." My request for tylenol was relayed and ignored. The actions of Darcey L. Fritz of denial of proper and/or adequate medical care are in retaliation of me filing my Title 42 USC §1983 in May 2021 pursuant to constitutional Right. Pending case 21-CV-2360 Hon. Cynthia M. Rufe, J.

IV. Statement of Claim
        D.

Page 5 of 11 continued                    August B. Klein IV

58. Officer Harrison watched over LPN Bonnie Gleason distribute morning medication and all of my "Namebrand Specific" Life Sustaining anti convulsants were generic against recommended continued care for my serious medical needs of severe epilepsy diagnosed by St. Lukes Neurology. I am suffering SEVERE retaliation being in this facility again after placing my §1983 seeking redress in the Federal Court pur Constitutional Right in May 2021. Bonnie Gleason worked here at that time as well. Now leading to all of the defendants placing my life in danger of SBI of epileptic episode or death (SUDEP). Wholly inadequate medical care

IV. Statement of Claim

D.

August B. Kreis iv

59. Officer Miexsell watched over LPN Joan L. Vhneas as she distrobuted evening medication on F Tier and even as a Primecare Medical Inc. employee herself she stated " Your Namebrand specific medications are in medical, they just don't do their jobs or give a shit."

IV. Statement of Claim

D.

Page 5 of 11 continued

60. Corrections Officer Harrison watched over LPN Bonnie Gleason and she administered all generic anti convulsants instead of my (Name Brand Specific) Trileptal for my action of filing my §1983 in the Federal court pursuant to my constitutional Rights. Pending lawsuite 21-CV-23(( filed May 2021. Leading to inadequate medical care and my life being put in danger of SBI or Death.

IV. Statement of claim

D

Page 5 of 11 continued

Vincent B. Kris IV

61. Corrections Officer Harrison badge 553 witnessed me talk to Lt. Michael Chiebrowski who was in the supervisor's office at the time I called PREA on inmate "Roland Hammell" about touching me and inappropriate sexual comments to another inmate and LT. Michael Chiebrowski stated "That is odd.... Hmmm.. ..... I never got a call I will have to look into that, I will get back to you." I talked to Corrections officer James Spaziani badge # 552 and he confirmed that when Officer Harrison badge 553 took my statement and the other inmates for a situational report LT. Micha -el Chiebrowski was here. All PREA calls should be recorded and this place did nothing. As a result of retaliation of seeking redress in the Federal Court by Constitutional Right then being brought back into custody during my §1983 21-CV-2360 I am suffering severe emotional and medical suffering.

62. Corrections Officer S. Jackson badge # 338 watched over LPN Iraida Candia-Romero of Primecare Medical Inc. gave me all generic anti convulsants instead of my (Namebrand Specific) medication in retaliation of me seeking relief in the Federal Court pursuant to Constitutional Right by §1983 and she is now giving me wholly inadequate medical care. Placing my life in danger of SBI or Death (SUDEP). Explained by Dr. Chad Edward Saunders M.D. for continued care/therapy for continued/chronic serious medical needs. Violating my Right to adequate medical care 8th Amendment and in violation of my 1st Amendment Right.

IV. Statement of Claim

D.

PAGE 5 of 11 continued                    August L. Krauss II

63. Corrections Officer James Spaziani badge # 552 watched over Primecare Medical Inc. LPN Ivy give evening medication and AGAIN was given the Generic medication Oxcarbazepine made by Glenmark Generics Inc. Mahwah, NJ. My medications being wrong against Dr. Chad Edward Saunders M.D. of St. Lukes Neurology for continued care for my serious medical Needs. Continuing to violate My 1st Amendment Rights out of retaliation for my § 1983 filed pending infront of Hon. Cynthia M. Rufe, J. 21-CV-2360. Constitutionally Protected and now I'm suffering inadequate medical care and the Administration also acts in retaliation acting of not caring about my safety.

IV. Statement of Claim
    D.

Page 5 of 11 continued          August B. Kinis IV

64. Corrections officer Harrison bage #553 over watched medication given by LPN Bonnie Gleason and all of my life sustaining anti convulsants prescribed by my specialist Dr. Chad Edward Saunders M.D. from St. Lukes Neurology as (Brand Name Specific) are not given as brand name. As a requirement for continued care of my serious medical needs for epilepsy. The ONLY Primecare Medical Inc. LPN that gives it to me correctly is Joan L. Kneas. She also confirmed it to me over this past weekend that "it is in the pharmacy room and these individuals don't care." DON. Shane P. Caffrey wont have to pay to reorder it, because it is barely given. The actions of this medical care team in Northampton County Jail are a result of a lack of supervision/admonishment and retaliation for me using my Constitutional Right to seek redress in the Federal Court in 2021. Pending Case 21-CV-2360. Now my life is being placed in danger of SBI or death, it only takes one seizure to die.

IV. Statement of Claim
    D.

Page 5 of 11 continued                    Vincent G. Verino

65. Corrections Officer Harrison badge # 553 was working when Lt. Michael Chiebrowski came onto F-Tier to sign in and/or off for that current shift and with officer Harrison badge # 553 as wittness I speak with Lt. Michael Chiebrowski and I asked him "So did you find anything out about the PREA I called?" and Lt. Michael Chiebrowski stated "I only know what SGT. Harring said and he stated that he knew nothing about it." It was confirmed by 2nd shift officer James Spaziani badge # 552 that all of the shift supervisors that allegedley knew nothing about the (non tolerance PREA) call I made on 12/13/2024 around 11:15 am , which should be recorded, and NO ONE did anything about it. I had serious emotional distress , because of nothing being done out of retaliation of me seeking redress in the Federal Court on on this facility in 2021 in May, when I filed the pending § 1983 21-CV-2360 Hon. Cynthia M. Rufe, J.

IV. Statement of Claim

D.

August B. Lewis IV

66.    Corrections Officer Leak    sent me down to the medical Exam room to see a new medical employee about my neurology disorder and I explained how after recieving my medication, and it being the wrong one, I keep getting headaches and dizziness. She also took my blood presure stated "Your blood presure is high so I will be checking it more." Defendant Jenn Keller from pending §1983 from 2021 21-CV-2360 was also in the room.

IV. Statement of Claim
D,

Page 5 of 11 continued

67. Corrections Officer Harrison Badge # 553 was watching LPN Iraida Candia - Romero give medications on F Tier and My "life sustaining" anti convulsant Trileptal and Vimpat were generic. Even though my prescriber DR. Chad Edward Saunders M.D. of St Lukes Neurology have told Primecare Medical that for continued care of my serious medical needs of severe epilepsy it is required or I can loose my life. (SUPER) As a result of retaliation of my first constitutional right to seek redress in the Federal Court in 2021 pending case 21-CV-2360 now I recieve inadequate medical care, SBI or Death, Severe headaches, dizziness and "Code Blue" multiple times I could die from epileptic episodes.

IV. Statement of Claim
D.

Page 5 of 11 continued

68. Corrections Officer Harrison badge # 225 was watching over LPN Darcey L. Fritz give medications of Primecare Medical Inc. on F tier and one of my (Brand Name Specific) "life sustaining anti convulsants" were generic and my prescriber from St. Lukes Neurology, Dr. Chad Edward Saunders M.D. has told Primecare Medical Inc. at Northampton County Jail many times that the prescribed care for my serious medical needs MUST be followed. They were told at Northampton county Jail that I am at risk to die and (SUDEP). All prescribed treatment is to be followed. Primecare Medical Inc. at Northampton County Jail lies to my specialist about the care being given. There is an exhibit attached to claim 68 about the lies told. A blood work done and Primecare Medical Inc at the Northampton County Jail saying I don't need to see the doctor even though I have had siezures, because my blood levels are within acceptable limits. Even though they lie and dont tell the Dr, Dr. Chad Edward Saunders MD, that they are not the right medications. It is a coincidence that when I am not in here, Northampton County Jail, as an example; Feburary 15th 2023 to August 24th 2024, I have no problems with my siezures and I have a PA drivers license but, as soon as I have to rely on Primecare Medical Inc. for medical care I have problems. As a result of my pending §1983 of 2021 21-CV-2360 in which I filed under my constitutional Right to seek redress by the Federal Court I am suffering retaliation and I'm afraid for my life by recieving inadequate medical care.

IV. Statement of Claim
D.

Page 5 of 11 continued                    August B. Krause



# COUNTY OF NORTHAMPTON

## DEPARTMENT OF CORRECTIONS

### 666 WALNUT STREET
### EASTON, PENNSYLVANIA 18042

To: Inmate Kreis, August #0005264 (F-14)

From: Public Safety Administrator, David C. Collins, Sr.

Date: Thursday 19 Dec 2024

Subject: Inmate Letter/Letter of concerns and complaints

---

Mr. Kreis,

I have received your most recent slip/letter/tablet correspondence. The concerns and your complaints within your recently submitted letter have been duly noted, and your letter has been forwarded to the Director of the Department of Corrections.


Thank you,

PSA D. Collins

67. I received a response from the "Safety Administrator, David C. Collins, Sr." about the letter I wrote to the "Director of Corrections, Michael Pittaro" on the 18th day of December. I wrote the letter to the Director of Corrections the day before on the 18th of December and that letter is proof they got it the next day on the 19th of December. A verbatim copy is on with the complaint under 28 USC § 1746 and the letter sent to me today is with it. I explained how nothing was done about the PREA call on 12/13/2024 and the violation of CDC about MRSA asking administration of Northampton County Jail to do something.

IV. Statement of Claim
D.

Page 5 of 11 continued

70. Corrections Officer Harrison badge # 333 was working F tier when Primecare Medical Inc. LPN Liasha distributed medication giving me generic medications for my chronic medications condition for epilepsy not listening Dr. Chad Edward Saunders M.D, of St.Lukes Neurology directions for continued care of serious medical needs. All of the medical staff in the facility of Northampton County Jail do not get monitored or admonished by the individuals in the positions to do so. Lauren Tamburino as the Medical Administrator is supposed to monitor ALL medical staff and DON Shane P, Caffery is in the position to monitor/admonish all of the medical staff giving medications and he ABSOLUTELY does not. These medical staff do whatever they want, placing me in danger of SBI or Death. LPN Liasha in training just gave me all of the wrong medication. Primecare rented a CPAP this time in this which just proves last time in this facility they could have resulting in Pending in case 21-CV-2360. Everything this facility is doing is in retaliation of going to the Federal Court for redress by constitutional Right which is now ending up in inadequate medical care and the endangerment of my life. (suDEP)


IV. Statement of Claim

D.


Page 5 of 11 continued                    August B Lewis IV

71. Corrections Officer Polanco escorted Primecare Medical Inc, LPN Iraida Candia-Romero giving medication on F tier and she continued to give me the wrong "life sustaining anti convulsant" medication. As a result of me exercising my constitutional Rights and me filing pending civil Action No, 21-CV-2360 in 2021. LPN Iraida was working at the jail and is still working here now. As a result of me placing medical care under litigation by constitutional Right now the medical defendants listed are giving me inadequate medical care in deliberate indifference to my serious medical needs. Which is fully motivated by retaliation. I have my Full Primecare Medical Inc, inmate medical file given to me in the begining of September, after being brought back into Custody at Northampton County Prison on 8/24/2024, it was sent to me by John R, Ninosky, Esq, as part of "Primecare Medical Defendants" Rule 26 initial Disclosures to my pending case 21-CV-2360. It states in Full the seriousness of my medical needs, the diagnosing doctor, the medical requirements for continued care and how what they are doing to me is putting my life in danger of Death.

IV. Statement of Claim
D,

Page 5 of 11 continued                    August B. Kinis IV

**Department of Corrections Inmate Request**

Date: 12/23/2024

Cell No. F14

I specifically request: May I please get a grievance about the actions of our officer.

Inmate Name (Print): August B. Kreis IV

Inmate Perm Number: 0005264

Block Officer Reply: _____

Official Use Only

_____

Officer's Name/ Badge No. (Print): _Zegas_ #306

Forward to:

☐ Director ☐ Warden ☐ Treatment ☐ Classification ☐ Records ☐ Lt. ☐ CCF

☐ Inmate Accounts ☐ Profess. Responsibility ☐ Operations ☐ Pre-trial / Probation ☐ Pub. Def. ☐ Med

NCP Form No. NCP – 139A

- Claim 72 Exhibit A.

## *PrimeCare Medical, Inc.*
### — SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _August B. Vreis IV_ DATE / FECHA _12/23/2024_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _0005264_

DATE OF BIRTH / FECHA DE NACIMIENTO _02/01/1988_

(UNIT / CELL) / (UNIDAD / CELULA) _F14_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _I woke up on the floor last night and I was alledgedly placed on medical observation pursuant to primecare but, last night I woke up on the floor and the CO was immersed in watching "Modern Family". How am_

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____

_____

_____

_____

_____

_____

_____                    _____
       (SIGNATURE)                                (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

I on any form of medical Observation if the COs don't care if you die?

- Claim 72 exhibit B

cc

### *PrimeCare Medical, Inc.*
— **SICK CALL REQUEST / PETICÍON DE ENFERMERIA** —

NAME / NOMBRE __August B. Kreis iv__ DATE / FECHA __12/23/2024__

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE __0005264__

DATE OF BIRTH / FECHA DE NACIMIENTO __02/01/1988__

(UNIT / CELL) / (UNIDAD / CELULA) __F14__

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD __I had a nocturnal siezure at approximately 1:00 am and the CO did not respond to me trying to report my medical problem. May I please see my neurologist, & get Tride auth__

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____
_____
_____
_____
_____

_____          _____
(SIGNATURE)                                       (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

biotic cream for abrasions, TY.

Claim 72 Exhibit C

**Department of Corrections Inmate Request**

Date: _12/03/2024_

Cell No. _F14_

I specifically request: To be sent to see my
neurologist after having a nocturnal seizure
at app. 1:00am and the "code Blue" med.
emergency in november and December 1st.

Inmate Name (Print): _August B. Kreis_

Inmate Perm Number: _0005264_

Block Officer Reply: _____

**Official Use Only**

Officer's Name/ Badge No. (Print): _Jackson/338_

Forward to:
☐ Director        ☐ Warden        ☐ Treatment        ☐ Classification        ☐ Records        ☐ Lt.        ☐ CCF

☐ Inmate Accounts   ☐ Profess. Responsibility   ☐ Operations   ☐ Pre-trial / Probation   ☐ Pub. Def.   ☐ Med

NCP Form No. NCP – 139A

Claim 72. Exhibit D.

72. I woke up on the floor with abrations and a bump on my head and I tryed to get the Correction Officer's attention at the CO's station adjacent to my cell "F14" and with his back to me Officer Scott badge #543 was watching "Modern Family" and talking on the phone. After banging on the glass I was not responded to. I notified medical of what happened and I asked how I am on "medical observation" at all when the COs stationed on this unit pay no attention to you. Pursuant to Dr. Chad Edward Saunders MD, and St. Lukes Neurology, I am to be monitored because I am at a high risk of (SUDEP). After the "Code Blue" of December 1st I was alledgedly placed on "Medical Observation", but pursuant to primecare I was placed right back from H17 to F14. It was changed In the computer by DON. Shane P. Caffery and Medical Admin -istrator Lauren Tambirino that I am on "medical observation F tier pursuant to primecare", which is NOT even possible. Medical Observation has to be H tier OR the Medical Housing Unit, but do to inadequate medical care in Northamp ton County Prison, the MHU only has (5) five beds. All others are on H tier.

IV. Statement of Claim
      D.

Page 5 of 11 continued

August B. Kruis IV

Claim 72 continued. In an act of retaliation for me using my constitutionaly Protected Right to seek redress in the Federal Court about my prison/housing conditions in May of 2021 by filing pending case 21-CV-2360, now the same exact actions are being done to me. The actions of the Correctional and Medical persons/Defendants are going completely against the designated continued treatment of my chronic serious medical needs, by Paulina Foley, Lauren Tambirino, DON Shane P. Caffery never placing me on "Medical Observation" pursuant to Allysa Bussell CRNP or Dr. Chad Edward Saunders M.D. of St. Lukes Neurology who told Primecare it was necessary for proper continued care of my serious medical needs, because of (SUDEP). "Sudden Unexpected Death in Epilepsy" ALL of the medical Defendants named above were here during the initiation and service by the US Marshalls of pending lawsuit 21-CV-2360, and are now placing my life at risk of SBI or Death. I also state/Declare to the court I AM AFRAID FOR MY LIFE, Due to inadequate medical care for my serious needs.

<u>IV. Statement of Claim</u>                    •See attached Exhibits
   <u>D.</u>


Under Penalty of Perjury


Page 5 of 11 continued                    August B. Kunis IV

73. Primecare Medical Inc, Kathleen A. Mahr came to F tier where my housing cell is "F14" and stated "I'm here to see Kreis's (Boo Boos) that he put in a sick call for the unwittnessed siezure activity". That was from the prior incident/claim that Corrections Officer Scott paid No attention to me trying to get his attention for the fact I woke up on the floor at 1:00 am, because he was watching TV and talking on the phone. Totally against my prescriber/specialists recommendatons for continued care that I am to be on "Medical Observation" in the MHU ,but I'm not on medical observation due to (2) two reasons, one is retaliation to my previous Constitutional Right to File pending §1983 5:21-CV-02360 resulting in inadequate medical care and not caring about my life. Also Northampton County Prison has inadequate medical care housing in total. The "Medical Housing Unit" only has 5 beds for all inmates housed by the State. Kathleen A. Maher stated "They are just cuts". I stated that I know you can't stop the nocturnal siezure now, can I please get the triple Anti biotic ointment to close the wounds? Kathleen A. Mahr stated "Yeah Yeah Yeah I'll take care of it." Primecare Medical Inc, in NCP lies to Dr. Chad Edward Saunders MD,

IV. Statement of Claim
D.

Page 5 of 11 continued

Claim      74

August Kreis
F:14

exhibit of exhaution of remedies
&
exhample of inadequate medical care.

63034-0003493
AUGUST BAMON KREIS

Sheet
Treatment Follow up

# 🔒Patient Follow up Sheet

**AUGUST BYRON KREIS #2024-0002152**

| | | | |
|---|---|---|---|
| **JMS ID:** | 0005264 | **Location:** | WORKER : F : 14 : A |
| **SSN:** | ~~~~~~~~ | **Date Created:** | 12/09/2024 1024 |
| **DOB:** | 02/01/1988 | **Last Saved:** | 12/09/2024 1024 |
| **Age:** | 36 | | |
| **Height:** | 5ft 6in | | |

| Date Of Service | | 12/23/2024 |
|---|---|---|
| Service Type | ⦿ **Lab** ◯ X-Ray ◯ EKG ◯ Intake Testing | |
| **Your recent test(s) results performed by the Medical Department have been reviewed by the Medical Provider. The Provider has determined that:** | | |
| | ☐ You have been scheduled for a follow up visit which should occur on | |
| | ☑ **The results are considered within normal ranges, no further visits are required. If you continue to have any concerns/issues please resubmit a sick call request.** | |
| | Paulina Foley PA-C | 12/09/2024 |

74. Corrections Officer Harrison Badge# 353 monitored Primecare Medical Inc. Kathleen A. Mahr distribute medication on F tier. I was given the generic medication that is causing severe side effects, because these medical staff don't care about the saffey of my life by listening to anything Dr. Chad Edward Saunders M.D. of St. Lukes has told them of continued care of my chronic serious medical needs for my epilepsy, which I can die from. They haun't used the correct medications, made sure they are distributed 12 hours apart, or that I am on "Medical Observation" because of (SUDEP). They took blood levels of the medications being draw/given, BUT they didn't tell the Doctor at St. Lukes Neurology that they are not the same medication prescribed, so they came back "within limits" it is within limits BUT not the right drugs. This inadequate care is result of my Right to Constitutionally File my §1983 in May 2021. Pending 21-CV-2360. see attached exhibit to this claim.

IV. Statement of Claim
D.

75.    Corrections Officer J. Williams badge #
550 monitored Primecare Medical Inc, LPN Iraida
Candia - Romero distributed medications on F tier
and I was given ALL generic improper life sustain
-ing anti convulsants. Insted of my prescribed meadicati
-ons for continued treatment of Epilepsy. My prescribed
"Brand Name" Trileptal was substituted by oxcarbazpine,
my Vimpat was substitated with Lacosamide and the
onfi was also substituded by the version
distributed by Glenmark Generics Inc, from mahwah,
NJ. Primecare Medical Inc contracted inmated care in
Northampton County Prison Continues to deny, delay or
interfere with my proscribed care for the serious
medical need of epilepsy, which I was diagnosed by
Dr. Robert Cani M.D. in 2001 when I was 13. St. Lukes
Neurology has treated me for it ever since currently
being Dr. Chad E. Saunders M.D. . In retaliation for
me constitutionally protected Right of filling my $1983 in
May 2021 pending 21-CV-2360 the NCP defendants and
PCM defendants are acting the ways claimed causing
me more injuries. I am afraid for my life inside this
facility.

## IV. Statement of Claim
### D.

Page 5 of 11 continued

Ho. LPN Darcey L. Fritz of Primecare medical Inc. distributed medication being escorted by Corrections officer Harrison badge # 553 and LPN Darcey L. Fritz gave me Lacosamide which is the generic form of VIMPAT. I am prescribed VIMPAT by Dr. Chad Edward Saunders M.D. of St. Lukes Neurology The differences in these medications are causing severe side effects that I have asked numerous times about and told Primecare about by Primecare "Sick Call" slips, which by the policies in the "inmate hand book" states are answered in "24 hrs". This is a lie because I have given them numerous sick calls that are attached to this complaint and NEVER answer. Bouncing back and fourth with neuroscience medications places my life at risk of SBT or Death (SUDEP) as the Primecare Medical Inc has been told by Dr. Chad Edward Saunders M.D. in the past, all of which is in my inmate medical File "August B. Kreis 2/19-6383" inwhich I recieved pursuant to Initial 26(a)(1) Disclosure for pending civil Action §1983 21-CV-2360. Inwhich I filed May 2021. Now being back in here in retaliation my life is at risk of deliberate indifferance of my serious medical needs.

IV. Statement of claim
   D.

Date: 12/27/2024

_[signature]_

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: August B. Kreis IV        Date: 12/28/2024

Date of Birth: 02/01/1988        Location: F14

GRIEVANCE (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

Why do you have Primecare Medical Inc, workers talking to inmates like this? " why are you Fucking talking to me like I know who you are. Fuck you asshole at least I go home at night you piece of

**Solution Requested:**
shit, this is where you belong." Correction officer James Spaziani badge # 552 witnessed and heard it all. Who gave evening medication on F tier 12/27/2024?

INSTRUCTIONS: Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*DO NOT WRITE BELOW THIS LINE*
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: 1/3/25

RESPONSE: This has been discussed with all staff.

Health Services Administrator: L. Tamburi RN/HSA

**INMATE APPEAL:** _____ I do wish to appeal    _____ I do not wish to appeal

Cc: (Check all that apply)
_____ Director of Corrections    _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical        Yellow Page: DOC        Pink Page: Inmate's Receipt

Claim 17 exhibit H.

# PrimeCare
## Medical +

The Choice for Quality Correctional Services
A Division of PHM, Inc.

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: August B Wreis IV     Date: 12/23/2024

Date of Birth: 02/01/1972     Location: F14

GRIEVANCE (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.)
A response will be given within 3 business days of receipt.

" Why do you have Primecare Medical Inc.
workers talking to inmates like this?
why are you talking to me like
I Know who you are. Fuck you ass hole
at least I go home at night you piece of

Solution Requested:

Shit. This is where you belong - Corrections officer
Senior sargeant badge # 5527 witnessed and been
it all. like gave evening medication on F tier
12/21/2024

INSTRUCTIONS: Once you have completed this form, please place in medical mail call box. If you need assistance,
contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DO NOT WRITE BELOW THIS LINE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SOLUTIONS/RECOMMENDATIONS

Date Received: _____     Date Forwarded: 1/3/25

RESPONSE: This has been discussed with all staff

Health Services Administrator: _____

INMATE APPEAL:     I do wish to appeal _____     I do not wish to appeal _____

Cc: (Check all that apply)
_____ Director of Corrections
_____ Warden
_____ Treatment Deputy
_____ PrimeCare HSA Office

White Page Medical     Yellow Page DOC     Pink Page: Inmate's Receipt

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _August B. Kreis IV_     Date: _12/28/2024_

Date of Birth: _02/01/1988_     Location: _F14_

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

Why do you have Primecare Medical Inc.
workers talking to inmates like this?
" why are you Fucking talking to me like
I know who you are. Fuck you asshole
at least I go home at night you piece of

**Solution Requested:**

shit, this is where you belong." Correction officer
James Spaziani badge # 558 witnessed and heard
it all. Who gave evening medication on F tier
12/27/2024 ?

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## SOLUTIONS/RECOMMENDATIONS

Date Received: _____     Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc:  (Check all that apply)
_____ Director of Corrections          _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

D exhibit to claim 77.

77. Primecare Medical Inc employee Melody distributed medication on F tier and while getting my medication I gave the employee about getting "Lacosamide", it is in the medical exhibits attached to this complaint for this date. It is an example of how many times I have brought my problems up to Primecare Medical Inc about my problems and they continue to deny or delay helping me in any way. This County just doesn't care about human life, treating humans as life as an animal. Putting my life in danger of SBI or Death (SUDEP) from serious medical need and doesn't listen to Dr. Chad Edward Saunders M.D for continued care to aviod serious injury or death. Corrections Officer Spazziani badge # 552 was present and witness to the Primecare Medical employee state "why the Fuck are you talking like I know who you Fucking are? Fuck you asshole at least I go home at you piece of shit, this is where you belong." she walked off the tier after that. The actions of these people are all as a result of retaliation from me seeking redress in the Federal Court in May 2021 §1983.

IV. Statement of Claim

D.

Page 5 of 11 continued

7.7 continued. I just recieved the Initial Rule 26(a)(1) Discovery from Primecare Medical Inc, "August B. Kreis 2419-6383" and in my medical record it states that my siezure medication "is not to be crushed", but when giving me my medications on this claim's date/time she gave me ALL of my medication against my specialist's recommended care for my serious medical needs.


IV. Statement of Claim

        D.

August B. Kreis

# PrimeCare

## Medical +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: __August B. Kreis IV__ Date: __12/28/2024__

Date of Birth: __02/01/1988__ Location: __F14__

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

not just the medications from Glenmark
Generics Inc being given to me, why when
it is in my file "August Byron Kreis 2419-
6383" was I never placed on "medical Observation"
when it is already in my file and the same

**Solution Requested:**

individuals are still in the jail that were in it
since the initiation of 21-CV-23607 All of
my specialist's conditions of continued care are
known to medical care in this jail.

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance,
contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
### *DO NOT WRITE BELOW THIS LINE*
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### SOLUTIONS/RECOMMENDATIONS

Date Received: _____ Date Forwarded: __1|13|25__

**RESPONSE:**

this has been rectified. No indication for
med obs at this time

Health Services Administrator: __L. Tamdrin RN/HSA__

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
___ Director of Corrections        ___ Grievance File
___ Warden
___ Treatment Deputy
___ PrimeCare R/A Office

White Page: Medical              Yellow Page: DOC              Pink Page: Inmate's Receipt

Claim 78. Attached Exhibit A.

PRIMECARE MEDICAL

The Choice for Quality Contract Services.
A Division of PHS, Inc.

Log #: ____________

# CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: August B. Kreis IV Date: 12/28/2024

Date of Birth: 02/01/1988 Location: F14

GRIEVANCE: (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.)
A response will be given within 3 business days of receipt.

not just the medications from Glenmark Generics Inc. being given to me, why when it is in my file "August Byron Kreis 8419-6383" was I never placed on medical observation when it is already in my file and the same

**Solution Requested:**

individuals are still in the jail that were in it since the initiation of 21-cv-02602 All of my specialists conditions of continued care are known to medical care in this jail.

INSTRUCTIONS: Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

DO NOT WRITE BELOW THIS LINE

SOLUTIONS/RECOMMENDATIONS

Date Received: ____________ Date Forwarded: 1/13/25

RESPONSE:

This has been reviewed. No indication for meds at this time.

Health Services Administrator: [signature] HSA

INMATE APPEAL: I do wish to appeal ______ I do not wish to appeal ______

Cc: (Check all that apply)
Director of Corrections ____ Grievance File ____
Warden ____
Treatment Deputy ____
PrimeCare RA Office ____

White Page: Medical Yellow Page: DOC Pink Page: Inmate's Receipt

78. Nurse Jane Doe distributed Melody medication and All of my medications were wrong From Glenmark Generics Inc. and will Cause siezures. My Trileptal, Vimpat and Onfi were not the medications I take that my specialist proscriber at St. Lukes Neurology, Dr. Chad Edward Saunders M.D. has told Primecare medical Inc via "AVS", telephone, and Faxes. As of the result of me filing a §1983 doing my Constitutionally protected right to seek redress in the Federal Court in the month of May 2021 now I am being retaliated against now that I back in custody while the lawsuit is pending and active, 21-CV-2360. Pursuant to Fed. R. Civ. P. 26(a)(1) the Initial disclosure of "Primecare Medical Defendants" and ALL of the NEEDS told by my diagnosing St. Lukes Neurology Dr. Chad Edwards Saunders M.D is in my medical File "August Byron Kreis 2419-6383" I have Put in numerous "grievances" and "medical request slips" and Med. Administrator Lauren Tambirino, DoN shane P. Caffery, Kathleen A. Mahr are ignoring medical needs "serious medical needs" placing my life in danger of SBI or death in retaliation for pending §1983 21-CV-2360.

IV. Statement of Claim        — Under Penalty of Perjury
D

5 of 11 page Continued                    August B. Kreis IV

79. RN I Melody first Document a meal at time on lock down escorted by corrections officer Donell spikes badge #380 and ALL 3 of my "Life Sustaining anti convulsants" were not what is subscribed by my neurologist Dr. Chad Edward Saunders M.D. of St. Lukes Neurology of 1417 8th Ave, Bethlehem, PA 18018, Which is part of the continued care of my serious medical need of epilepsy, which if not followed will result in SBI or Death. (SUDEP). I have alerted the medical care staff and Prison Administat -ion staff numerous times of me getting severe painful headaches, dizziness, lightheadedness, but I am ignored. The jail and jail medical staff are not following ANY of the continued care for my serious medical needs, I have came back inside the Northampton County Prison with my first $1983 pending lawsuit 21-CV-2360 in fact discovery right now. Out of retaliation now they are totlly ignoring my serious medical needs, I am afraid for my life.

IV. statement of Claim
D.

80. Corrections Officer  Liaci  # 778  watched over Primecare Medical Inc, LPN Iraida Candia-Romero gave me all three "anti convulsants" that are prescribed "Life sustaining" by the office of St. Lukes Neurology for having epilepsy diagnosed 24 years ago and it is prescribed for continued treatment/care/therapy by Dr. Chad Edward Saunders M.D. for me to get Trileptal, Vimpat, and Onfi anticonvulsants to control my epilepsy. I am being given the wrong vimpat continues -ly in the form of (Lacosamide) and continuesly given the wrong form of Onfi in the form of (clobazam), then I am being given the Brand name of Trileptal and then also the generic form by other medical staff marked as defendants in this complaint. Iraida Candia-Romero (LPN) is one medical staff members that continues to give me me ALL 3 medication generic and wrong despite knowledge of my need for them from me being in this facility from 11/9/2020 to 2/15/2023 and all of my "code blue" siezures and me filling a constitutionally protected Right of a 42 U.S.C. §1983 and now coming back into this facility while the lawsuit

IV. Statement of Claim
D.

Page 5 of 11 continued

80 continued, is still pending 21-CV-2360.
All listed Defendants know of my serious needs,
disregarding them, acting in retaliation and causing
deliberate indifference to a serious medical
need, inadequate medical care, denying/delaying
medical care and threatening me physically.
I have made DON Shane L. Caffery and Lauren
Tambirino aware of what is happening and they
are allowing it to continue without a care,

IV, Statement of Claim
                D,

Page 5 of 11 continued          August B. Frinis IV

## *PrimeCare Medical, Inc.*
— SICK CALL REQUEST / PETICÍON DE ENFERMERIA —

NAME / NOMBRE _August B. Kreis IV_ DATE / FECHA _12/30/2024_

PATIENT NUMBER / NÚMERO DE IDENTIFICACIÓN DEL PACIENTE _0005264_

DATE OF BIRTH / FECHA DE NACIMIENTO _02/01/1958_

(UNIT / CELL) / (UNIDAD / CELULA) _F14_

*(TO BE COMPLETED BY PATIENT) / (PARA SER COMPLETADA POR PACIENTE)*

REASON FOR REQUEST / RAZÓN DE LA SOLICITUD _Upper back_
_pain and severe headaches and_
_light headed/dizziness after medication_
_distrobution._

*(TO BE COMPLETED BY MEDICAL STAFF) /*
*(PARA SER COMPLETADO POR EL PERSONAL)*

DATE RECEIVED IN MEDICAL: _____

RESPONSE: _____

_____

_____

_____

_____

_____          _____
        (SIGNATURE)                        (DATE)

Form # 9113 AU
PCM Forms Manual © 2016

Claim 81, Exhibit A.

81. I was sent to medical exam room to to see Kathleen A. Mahr about the 5th Primecare sick call I placed and about the time I entered she took my vitals to enter into the computer and then when I asked "Why am I having ~~such~~ such bad headaches and side effects?" she stated "I don't know what to say to you Kreis, you're getting the medications you came to the jail with." I stated "I am definately NOT getting the same medications I came in with." She stated "I will have you see the provider for adjustments." I stated "I will need to see my neurologist." Then I said "who are you refering to?" She stated "Paulina." I stated "I DO NOT WANT PRIMECARE ADJUSTI-NG MY MEDICATION." After that discusion she just told me "There is nothing I can do and she never even touched on me trying to make medical aware of my upper back pain. This is all in retaliation of my constitutional right to file my §1983 21-CV-2360.

IV. Statement of Claim
      D.


Page 5 of 11 continued

82. I was called down to see Paulina Foley about dizziness and light headedness that LPN Joan L. Kneas finally put into the computer the evening before, when I was in the medical exam room. Paulina Foley stated "How long ago did this start?" I replied "months ago". Paulina Foley stated "So it might not be from the increase in dosage" I stated "No." Paulina checked the next time I see my neurologist, but she stated "That is not for months". "do you want me to give you something for the dizziness?" I stated "NO I want no more drugs." Pualina stated "I will let your Neurologist know." Paulina Foley is responsible for reading the "AVS" communication from being sent on "Medical Runs" but she is denying /delaying and/or interfering in my prescribed treatment that she knows about by the fact she was here between 11/9/2020 and 2/15/2023 and she lies to my neurologist not telling them the ACTUAL medications I'm being

IV. Statement of Claim
     D.

Page 5 of 11 continued

given, so my prescribing neurologist for my serious medical needs is thinking I'm getting the correct medication and still having siezures which is why my Trileptal was increased, When I was having siezures BECAUSE MY PROPER CARE IS STILL NOT BEING GIVEN. My mother Diane Bartiromo is personally contacting my Neurologist Chad Edward Saunders MD of St. Lukes Neurology to inform them the truth, my mother is a retired registered Nurse of over 37 years. Paulina Foley is a defendant in pending case 21-CV-2360 under §1983 and as a result of my pending case under my constitutional Rights. I am being denied prescribed continued medical treatment for my serious medical needs and being shown deliberate indifference by Paulina Foley in retaliation. Placing my life in danger of SBI or Death (SUDEP).

IV. Statement of claim
D.

Page 5 of 11 continued

83. I asked for medical assistance since last night around the end of second shift and Corrections Officer James Spaziani badge # 552 called for medical assistance and then third shift corrections officer also called and due to DON Shane P. Caffery and the Medical Administrator Lauren Tambirino not doing their job of Controlling and refiling of supplies and monitoring and admonishing medical staff even after I have made them very much aware through Primecare sick calls and Primecare grievances, the two above mentioned defendants choose to deny/delay and/or interfere with my medical care as prescribed by Dr. Chad E. Saunders M.D. of St. Luke's Neurology. As a result of being prescribed by the above named Specialist required to have continued prescribed care to prevent SBI or death. (SUDEP). The above mentioned defendants are acting with deliberate indifference to my serious medical needs as a result of retaliation for my constitutionally Protected Right to file my Title 42 USC §1983 pending 21-CV-2360.

IV. STATEMENT OF CLAIM
        D.

Page 5 of 11 continued          Vincent B. Kreis IV

1 of 2

# PrimeCare

## Medical +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _August B. Kreis IV_    Date: _12/04/2024_

Date of Birth: _02/01/1988_    Location: _F/4_

GRIEVANCE (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_it states at the Page PCM001617 "Magnets placed in bottom right desk drawer in medical exam room" 03/10/2021 I also just told Shane P. Caffery to "please place the second VNS magnet in a place that all medical staff can be able to_

Solution Requested:

_gain access to if I go into an epileptic episode" pursuant to "pcm" "AVS" comunication with chad Edward Saunder M.D. of St Lukes Neurology it is to be swiped EVERYTIME there is an epileptic Episode. The excuse is made_

INSTRUCTIONS: Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### DO NOT WRITE BELOW THIS LINE
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### SOLUTIONS/RECOMMENDATIONS

Date Received: _12-5-24_    Date Forwarded: _12-5-24_

RESPONSE: _A grievance written in 2024 will not address any actions taken or not taken in 2021. Currently, your second VNS magnet is being kept in medical and staff has been educated to use it when necessary._

Health Services Administrator: _L. Tamburri RN/HSA_

INMATE APPEAL: _____ I do wish to appeal _____ I do not wish to appeal

Cc: (Check all that apply)
_____ Director of Corrections        _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

Exhibit A to claim 84

1 of 2

# PrimeCare

MEDICAL +

The Choice for Quality Contract Services
A Division of PHS, Inc.

Log #:

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: Augusta B. Kresta re          Date: 12/04/2024

Date of Birth: 02/21/1953          Location: E.H.

GRIEVANCE (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

If stated at the top, PRIMECARE Augusta's placed in bottom right desk drawer in medical exam room. On 08/10/2024 I also just told Ebony & Cathy to please place the second UNS request in place that all medical staff can be able to

**Solution Requested:**

gain access to it so when an epileptic episode persuant to plan "AUS" communication with client eased Sandee M.D. at St Lukes Neurology If it is to suspect EVERYTIME there is an epileptic episode. The nurse to medi

INSTRUCTIONS: Once you have completed this form, please place in medical sick call box. If you need assistance
contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
DO NOT WRITE BELOW THIS LINE
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## SOLUTIONS/RECOMMENDATIONS

Date Received: 12-5-24          Date Forwarded: 12-5-24

RESPONSE: A seizure protocol in 2024 will not address any seizure prior or not taken in Jail Carmelly your Seent UNS request is being kept in medical and staff has been educated to use it when necessary.

Health Services Administrator: PB TanLyure RN HSA

INMATE APPEAL:          I do wish to appeal _____          I do not wish to appeal _____

CC: (Check all that apply)
_____ Director of Corrections
_____ Warden
_____ Treatment Deputy
_____ (send to HSA office)

White Page Medical          Yellow Page DOC          This Page Inmate Grievance

2 of 2

# PrimeCare

## Medical +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _____    Date: _____

Date of Birth: _____    Location: _____

GRIEVANCE (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

by primecare that I did not have item, but it is stated on "August Byron Kreis #2419-6383" that the second magnet was in the "Exam room drawer" the entire time and not used once ???? Like I told primecare in 2021 if I am in an epileptic episode while sleeping my fiance would use

**Solution Requested:**

my VNS implant by swiping the magnet. I do agree that medical had the second magnet the entire time because, I was given it upon release. Please use it.

INSTRUCTIONS: Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*DO NOT WRITE BELOW THIS LINE*
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections          _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

exhibit B to claim 84

# PRIMECARE

## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _August B. Kreis IV_    Date: _11/12/2025_

Date of Birth: _02/01/1988_    Location: _F14_

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_why are non medical DOC staff making_
_medical decisons that I am to be "hand cuffed"_
_during an epileptic episode? LT, Anthony_
_Pier badge # 37._

**Solution Requested:**

_Please have trained medical staff make the_
_decisions._

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections        _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical            Yellow Page: DOC            Pink Page: Inmate's Receipt

Claim 84 exhibit C.

84. I meant to say I took my medications for distribution Infront of Corrections Officer Polanco #319 and right after taking up my position in line I went into a "CODE BLUE" medical Emergency for an epileptic episode. This is due to the inadequate medical care and the deliberate Indifference by <u>all</u> listed defendants giving me improper medication, not being on medical observation and the medical staff in this facility never <u>ONCE</u> directed or directly did use my VNS implant magnet during the pending civil rights complaint 21-CV-2360. As a result of the filing of my constitutionally protected redress in the Federal Court now coming back into this during pending case 21-CV-2360 I am being treated in retaliation. Lt. Anthony Pier badge #37 asked if anyone in the medical department knew about the use of my VNS magnet and the medical staff stated "NO". Which, relating to attached exhibits A & B shows that the primecare staff lie in acts of retaliation. I was also given my medication by LPN Sarah in the medical exam room infront of Lt. Anthony Pier and I compliantly took them even though they were ALL the wrong prescribed "anti convulsants"/life sustaining medications". I'm afraid for my life do to SBI or Death (SUDEP). The nasty comment was made by defendant Darcey L. Fritz.

## IV. STATEMENT OF CLAIM
### D.

Page 5 of 11 continued                    August B. Pruis IV

84 con. LPN to Corrections Officer James Spaziani badge #552 "We can't stop a siezure, if he has one gust call a code blue!" When James Spaziani called medical to get tylenol due to me having a severe headache, This is not necessarily true, if I was recieving the proper care I wouldn't be having them, I don't have these problems outside of here.

IV. STATEMENT OF CLAIM
D.

Page 5 of 11 continued               Amgnt B. frins IV

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: August B. Kreis IV          Date: 1/6/2024 2025

Date of Birth: 2/1/1988          Location: F14

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

I spoke to my mother Diane Lynn Bartiromo about the siezures that I am having and it was confirmed inside and outside that the treatment being given is continuing to cause problems with my severe epilepsy. My mother will be contacting Dr. Chad E. Saunders M.D.

**Solution Requested:**

St. Lukes Neurology. My mother will also be talking to the specialist about me having to be handcuffed in a siezure pursuant to Lt. Anthony Pier #37. You are supposed to be the medical department. Primecare continues to Break my rights.

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## SOLUTIONS/RECOMMENDATIONS

Date Received: 1/7/25          Date Forwarded: 1/13/25

**RESPONSE:** Communication is being maintained with your outside specialist and all recommendations are being followed.

Health Services Administrator: R. Tamburini RN/HSA

**INMATE APPEAL:** _____ I do wish to appeal  _____ I do not wish to appeal

Cc: (Check all that apply)
____ Director of Corrections          ____ Grievance File
____ Warden
____ Treatment Deputy
____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

Claim 85 exhibit A.

claim. 85  exhibit B.

# PRIMECARE

## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

> INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _August B. Kreis IV_   Date: _1/12/2025_

Date of Birth: _02/01/1988_   Location: _F14_

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_why are non medical DOC staff making medical decisons that I am to be "hand cuffed" during an epileptic episode? LT, Anthony Pier badge # 37._

**Solution Requested:**

_Please have trained medical staff make the decisions._

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## SOLUTIONS/RECOMMENDATIONS

Date Received: _1/13/25_    Date Forwarded: _1/13/25_

**RESPONSE:** _The practice of hand cuffing is not a medical decision, it is a safety decision. As long as medical staff is present to ensure your safety during this practice, management will not intervene._

Health Services Administrator: _L. Tamlin RN/HSA_

**INMATE APPEAL:**    _____ I do wish to appeal    _____ I do not wish to appeal

Cc: (Check all that apply)
____ Director of Corrections    ____ Grievance File
____ Warden
____ Treatment Deputy
____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt